BASS & ASSOCIATES, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ  85712
(520) 577-1544
Jennifer A. Pursley AZ SBN: 022652
Patti H. Bass AZ SBN: 016849

Attorneys for Snap-on Credit, LLC.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-02173 |
| | ) | Chapter 13 |
| TODD BALLANTINE | ) | |
| SHANTAY BALLANTINE | ) | OBJECTION TO CONFIRMATION OF |
| | ) | DEBTORS' CHAPTER 13 PLAN |
| | ) | |
| Debtors. | ) | |
| | ) | |

Comes now SNAP-ON CREDIT, LLC, a secured creditor, by and through undersigned counsel, and hereby objects to the confirmation of the Debtors' Chapter 13 Plan for the following reasons:

1. This is a contested matter governed by Federal Bankruptcy Rules 3015 and 9014, over which this Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157(b)(2)(L), and the Order of Reference of the United States District Court for the District of Arizona.

2. This objection is made pursuant to 11 U.S.C. §1324.

3. On or about April 5, 2023 (the "Filing Date"), TODD BALLANTINE and SHANTAY BALLANTINE ("Debtors") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code to initiate this case.  Either simultaneously with the filing of the petition initiating the case or shortly thereafter, Debtors filed their Chapter 13 Plan (the "Plan").

4. All attached exhibits are incorporated herein for all purposes.

5. On or about January 29, 2020, Debtor Todd Ballantine applied for and entered into a retail installment contract and was assigned an account number ending in 9080 with Snap-on Credit, LLC, ("Creditor"), in order to finance purchases of tools and tool cabinets from retailer Snap-on. *See* Retail Installment Contract/Add-On Riders and Invoices, attached as Exhibit "A." As part of the credit application and agreement to extend credit, Debtor also duly executed a security agreement granting Creditor a purchase money security interest in the collateral purchased on the retail installment contract. *Id.* Debtor agreed to add-on riders to the retail installment contract on September 28, 2022. *Id.* Creditor filed UCC-1 statements with the Arizona Secretary of State for each of the contracts entered into by Debtor. See UCC statements attached as Exhibit "B."

6. On January 29, 2020, Debtor Todd Ballantine made a purchase in the amount of $2,237.56. He made subsequent purchases as follows: on March 18, 2020, in the amount of $1,431.69; on December 16, 2020, in the amount of $751.44; on September 15, 2021, in the amount of $5,939.01; on August 24, 2022 in the amount of $1,706.54; and on September 29, 2022 in the amount of $6,771.16. *See* Exhibit "C," Inventory List, Fair Market Value Worksheets, and Ledger. All purchases were financed through retail installment contracts under the account ending in 9080.

7. On April 17, 2023, Creditor filed a Proof of Claim for the account. Creditor listed a secured claim for $16,426.64 and an unsecured claim for $0 for account ending in 9080. *See* Proof of Claim, attached as Exhibit "D."

8. On September 2, 2020, Debtor Shantay Ballantine applied for and entered into a retail installment contract and was assigned an account number ending in 5204 with Snap-on Credit, LLC ("Creditor"), in order to finance purchases of tools and tool cabinets from

retailer Snap-on. *See* Retail Installment Contract/Add-On Riders and Invoices, attached as Exhibit "E." As part of the credit application and agreement to extend credit, Debtor also duly executed a security agreement granting Creditor purchase money security interest in the collateral purchased on the retail installment contract. *Id.* Debtor agreed to add-on riders to the retail installment contract on March 16, 2022. *Id.* Creditor filed UCC-1 statements with the Arizona Secretary of State for each of the contracts entered into by Debtor. See UCC statements attached as Exhibit "F."

9. On September 2, 2020, Debtor Shantay Ballantine made a purchases in the amount of $8,344.20, and on March 16, 2022 in the amount of $3,159.62. *See* Exhibit "G," Inventory List, Fair Market Value Worksheets, and Ledger. All purchases were financed through retail installment contracts under the account ending in 5204.

10. On April 17, 2023, Creditor filed a Proof of Claim for the account. Creditor listed a secured claim for $9,488.03 and an unsecured claim for $0 for account ending in 5204. *See* Proof of Claim, attached as Exhibit "H."

11. Creditor objects to confirmation of debtors' Chapter 13 plan due to Debtors' failure to provide treatment for Creditor's secured claim. Additionally, there were purchases made on the account ending in 9080 within 365 days of Debtors' bankruptcy filing. The purchases making up this portion of Creditor's claim are ineligible for §506 cramdown under the hanging paragraph of 11 U.S.C. §1325, and Creditor has a secured claim for 100% of the purchase prices for these items. These items are the Zeus w/Pre-Activated Euro diagnostic tool and the Double Clutch 120V AC Yellow, purchased on September 28, 2022, for $10,190.00 and $106.00, respectively; and the 20-piece Air Hammer Bit FM Set Red and the 3/8DR 80T Xlng S/G LCK Rat Grn, purchased on August 24, 2022, for

$1,285.00 and $228.50, respectively. Creditor secured the Fair Market Value of the remaining purchases.

WHEREFORE, for the reasons stated above, it is respectfully requested that the Court deny confirmation of this Plan until Debtor provides for appropriate satisfaction of Creditor's secured claim through this bankruptcy proceeding and for such other and further relief to which it may be justly entitled to receive.

Respectfully submitted,

BASS & ASSOCIATES, P.C.

/s/Jennifer Pursley_____
Jennifer A. Pursley, Esq.
Bass & Associates, P.C.
Attorneys for Snap-on Credit, LLC
For the Firm

COPY of the foregoing e-mailed
this 21st day of June, 2023 to:

Benjamin Wright
bwright@wloaz.com
*Attorney for Debtors*

Edward J. Maney
service@maney13trustee.com
*Chapter 13 Trustee*