2



MATTHEW PHILLIP SOLAN
501 North 24th Street
Phoenix, Arizona 85008

Tel: 1.970.FOX.9611
Fax: 1.970.844.1733
Email: legal@fox-ranch.com

*Sole Member of creditor*
*Fox Ranch, LLC*

FILED

JUL 3 1 2023

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| *In re:* <br><br> TODD BALLANTINE <br> SHANTAY BALLANTINE <br><br> Debtors. | Case no. 23-02173 <br> Chapter 13 <br><br> **OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN** |

COMES NOW FOX RANCH, LLC, an unsecured creditor, by and through its sole member, Matthew Phillip Solan, and hereby states as follows:

1. Fox Ranch, LLC is a single-member limited liability company organized under the laws of the state of Arizona.

2. Fox Ranch, LLC holds a valid judgment against Debtors in the amount of $36,095.00.

3. Debtors list a substantial discretionary income in their Chapter 13 plan, projecting $628,064.40 in earnings over the 60-month bankruptcy period.

4. However, the plan provides a trifling $2,652.00 payment, to be shared between all of Debtors' unsecured, nonpriority creditors, including Fox Ranch, LLC.



5. Through undersigned, Fox Ranch, LLC has diligently searched for a bankruptcy attorney to file its objection over this discrepancy.

6. Through undersigned, Fox Ranch, LLC contacted numerous firms, including a *pro bono* bankruptcy firm referred by the Maricopa County Bar Association, but none of the firms were available to take the case due to their caseloads.

**WHEREFORE**, Fox Ranch, LLC appears by necessity through its sole member, and hereby objects to the confirmation of Debtors' Chapter 13 plan, on the grounds that the amount payable to Debtors' unsecured, nonpriority creditors under the plan, in light of Debtor's stated discretionary income, is grossly unfair to Fox Ranch, LLC (and the entire class of unsecured, nonpriority of creditors).

**RESPECTFULLY SUBMITTED** this 24th day of July, 2023.



FOX RANCH, LLC:

By: _____
Matthew Phillip Solan
*Sole Member*

**A COPY** of the foregoing was sent via U.S. Mail on July 24, 2023 to:

Benjamin Wright
Wright Law Offices
2999 N 44th St. Suite 250
Phoenix, AZ 85018
*Attorney for Debtors*

Ross M. Mumme
Edward J. Maney
101 N. First Ave., Ste. 1775
Phoenix, AZ 85003
*Chapter 13 Trustee*