Benjamin Wright #027003
Wright Law Offices
2999 N. 44th Street, Ste 250
Phoenix, AZ 85018
602-344-9695
480-717-3380 (fax)
bwright@wloaz.com
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>TODD BALLANTINE,<br><br>SHANTAY BALLANTINE,<br><br>Debtor(s). | In Proceedings Under Chapter 13<br><br>Case No. 3:23-bk-02173-DPC<br><br>RESPONSE TO OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY FOX RANCH, LLC |

Todd Ballantine and Shantay Ballantine, hereinafter referred to as Debtors, by and through undersigned counsel, hereby responds to the Objection to Confirmation filed by Fox Ranch, LLC, hereinafter referred to as Creditor and states as follows:

1. Creditor filed an Objection to Confirmation of the Chapter 13 Plan in the above entitled action on July 31, 2023.
2. Debtors believe the Objection should be stricken because Matthew Phillip Sloan, the sole member of Creditor, who is not an attorney, filed the Objection on behalf of Creditor. This is clearly improper in the State of Arizona and amounts to the unauthorized practice of law.
3. Out of an abundance of caution, Debtors will address the merits of Creditor's objection.
4. Creditor is alleging that Debtor has discretionary income of $628,064.40 over the 60 months of the plan in order to pay creditors. Creditor fails to account for any operating expenses of Debtor's business and payments to secured and priority creditors.
5. Schedules I and J is a representation of Debtors' income in a forward looking approach. It does not factor in administrative, secured or priority claims. Debtor's proposed plan payments are

1

$1,500.00 per month for the first 5 months of the plan and $2,180.00 per month for months 6-60. The total amount Debtors are paying is $127,400.00. From this Administrative claim, including the Trustee's Fees and Debtors' attorney fees equals $16,740.00, Secured claims, including interest, $31,499.08 and unsecured priority claims of $76,890.72.

6. Debtors submit that the plan is contributing all of Debtors' disposable monthly income to fund the plan and complies with the requirements of §1322 and §1325 of the code and should be confirmed..

7. Debtors are not convinced that Mr. Solan has contacted numerous attorneys to represent Creditor. Mr. Solan has an extensive history of filing pleadings on behalf of Fox Ranch, LLC in State Court. The judgment he refers to in his Objection was a default judgment out of the Williams Justice Court in Coconino, Arizona wherein he also filed on behalf of Fox Ranch, LLC.

THEREFORE, Debtor requests this Honorable Court to:

    A. Strike the Objection filed by Fox Ranch, LLC as an unauthorized filing;
    B. Alternatively, overrule Fox Ranch, LLC's Objection on the merits.
    C. Grant such other relief as is just and proper.

Date: August 15, 2023                                         /s/ Benjamin Wright
                                                                                     Benjamin Wright, Attorney for Debtors
                                                                                     Wright Law Offices, PLC
                                                                                     1418 N. Scottsdale Road, #222
                                                                                    Scottsdale, AZ  85257

Original filed and copies mailed
On this the 15th day of August, 2023, to:

United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

Edward J. Maney
CHAPTER 13 TRUSTEE
101 N. First Avenue, Ste 1775
Phoenix, AZ  85003

Fox Ranch, LLC
c/o Matthew Phillp Solan
501 N. 24th Street
Phoenix, AZ  85008


By      /s/Veronica Contreras