Benjamin Wright #027003
Wright Law Offices
2999 N. 44th Street, Ste 250
Phoenix, AZ 85018
602-344-9695
480-717-3380 (fax)
bwright@wloaz.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| TODD BALLANTINE, | Case No. 3:23-bk-02173-DPC |
| SHANTAY BALLANTINE, | |
| Debtors. | OBJECTION TO TRUSTEE'S NOTICE OF INTENT TO LODGE DISMISSAL ORDER |

Debtors, Todd Ballantine and Shantay Ballantine, by and through undersigned counsel, hereby objects to the Dismissal of this case, and states as follows:

1. Trustee filed a Notice of Intent to Lodge Dismissal Order on August 21, 2023.

2. Trustee is stating that Debtors have failed to comply with Trustee Recommendations or object to Trustee Recommendations.

3. Fox Ranch, LLC filed an objection to debtors' Chapter 13 Plan on July 31, 2023. Debtors' have a hearing on October 2, 2023 to resolve the objection.

4. A Stipulated Order Confirming Plan cannot be submitted to Trustee until all objections are resolved.

5. Debtors are working to resolve the reasons for which the Trustee intends to dismiss Debtors' case and the case should not be dismissed.

Therefore, Debtors request this Court:

A. Deny the entry of any Dismissal Order lodged by Trustee resulting from Trustee's Notice of Intent to Lodge Dismissal Order; and

B. Granting such other relief as the Court deems appropriate.

August 28, 2023
Date

/s/Benjamin Wright
Benjamin Wright

1

| | |
|---|---|
| 1 | Original filed and copies of the foregoing mailed/emailed on the 28th day of August, 2023, to: |
| 2 | |
| 3 | U.S. Trustee |
| | Office of the U.S. Trustee |
| 4 | 230 N First Ave., Suite 204 |
| | Phoenix, AZ 85003 |
| 5 | USTPRegion14.PX.ECF@USDOJ.GOV |
| 6 | |
| | Edward J. Maney |
| 7 | Chapter 13 Trustee |
| | 101 N. First Ave., Suite 1775 |
| 8 | Phoenix, AZ 85003 |
| 9 | /s/Alexis Killian |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

2