# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: October 2022 (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales           $ 29,576.35
   - Sales Taxes Collected                     $ 1,501.29
   - ***TOTAL INCOME***                         $ 31,077.64

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion                   $ 250.00
   - Auto Fuel & Operations                    $ 878.35
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subscription Loans Repay Fees       $ 16,242.11
     - (b) Goods Parts Sublet Work             $ 14,457.59
     - (c) Rental Equipment Uniforms           $ 977.52
   - Employee Benefits:
     - (a) Hospitalization & Medical           $ 0
     - (b) Retirement                          $ 0
     - (c) Other                               $ 0
   - Insurance Premiums (fire, theft, liability, etc.)  $ 450.00
   - Inventory, Materials & Supplies           $ 230.26
   - Legal & Accounting                        $ 887.00
   - Maintenance & Repairs                     $ 868.47
   - Office Supplies                           $ 845.04
   - Other Business Expenses (itemize):
     - (a) Travel Business                     $ 170.40
     - (b) Small Tools Purchases               $ 702.84
   - Postage & Shipping                        $ 19.14
   - Rent or Lease Expense for Business Location  $ 5135.25
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.)  $ 4035.92
   - Taxes:
     - Employer's FICA (social security) contributions  $ 158.72
     - Sales Taxes                             $ 216.83
     - Unemployment Taxes                      $ 81.92

| | | |
|---|---|---|
| Telephone & Utilities | $ | 383.84 |
| Workers' Compensation Insurance | $ | 40.30 |
| **TOTAL COSTS AND EXPENSES** | $ | 34,287.23 |

3. **NET INCOME (LOSS).** (Total Income [#1] less Total Costs & Expenses [#2]) ........... $ -5,573.98

4. Total funds on hand and in bank account(s)   $ 6,576.17
5. Total value of inventory on hand (cost basis) $ 1,298.74
6. Total accounts receivable                    $ 0
7. Total accounts payable                       $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: October 25, 2023

_____   _____
Debtor                       Joint Debtor