# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: <u>November 2022</u> (month and year)

1. **INCOME.**

| | |
|---|---|
| Gross Business Receipts / Sales | $ 27,629.15 |
| Sales Taxes Collected | $ 1,084.10 |
| *TOTAL INCOME*..........................................................................$ 28,713.25 | |

2. **COSTS AND EXPENSES.**

| | |
|---|---|
| Advertising & Promotion | $ 146.38 |
| Auto Fuel & Operations | $ 600.43 |
| Debt Payments by Corp. or LLC (do <u>not</u> incl. any debts included in the case or the plan payment): | |
| (a) Subscription Loans Repay Fees | $ 4,340.06 |
| (b) Goods Parts Sublet Work | $ 14,489.02 |
| (c) Rental Equipment Uniforms | $ 1,560.53 |
| Employee Benefits: | |
| (a) Hospitalization & Medical | $ 0 |
| (b) Retirement | $ 0 |
| (c) Other | $ 0 |
| Insurance Premiums (fire, theft, liability, etc.) | $ 949.46 |
| Inventory, Materials & Supplies | $ 2,015.49 |
| Legal & Accounting | $ 0 |
| Maintenance & Repairs | $ 106.24 |
| Office Supplies | $ 795.28 |
| Other Business Expenses (itemize): | |
| (a) Property Tax | $ 175.72 |
| (b) Small Tools Purchases | $ 1,904.12 |
| Postage & Shipping | $ 48.60 |
| Rent or Lease Expense for Business Location | $ 3,908.72 |
| Salaries, Wages, Bonuses (gross amt., do <u>not</u> incl. owner's comp.) | $ 2,048.00 |
| Taxes: | |
| Employer's FICA (social security) contributions | $ 491.44 |
| Sales Taxes | $ 283.60 |
| Unemployment Taxes | $ 0 |

| Telephone & Utilities | $ | 1189.51 |
| Workers' Compensation Insurance | $ | 40.30 |
| **TOTAL COSTS AND EXPENSES** ........................................ | $ | 47,837.07 |

3. **NET INCOME (LOSS).** (Total Income [#1] less Total Costs & Expenses [#2]) ........... $ -16,759.43

4. Total funds on hand and in bank account(s) $ 14,285.65
5. Total value of inventory on hand (cost basis) $ 1831.24
6. Total accounts receivable $ 0
7. Total accounts payable $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: _10-25_ , 20_23_

_____
Debtor

_____
Joint Debtor