# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: December 2022 (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales — $ 22,108.93
   - Sales Taxes Collected — $ 1,063.60
   - **TOTAL INCOME** ............................................................... $ 23,172.53

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion — $ 0
   - Auto Fuel & Operations — $ 498.00
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subscription /Loans Repay / Fees — $ 3,356.73
     - (b) Goods / Parts / Sublet Work — $ 10,227.90
     - (c) Rental Equipment / Uniforms — $ 1,498.17
   - Employee Benefits:
     - (a) Hospitalization & Medical — $ 0
     - (b) Retirement — $ 0
     - (c) Other — $ 0
   - Insurance Premiums (fire, theft, liability, etc.) — $ 356.33
   - Inventory, Materials & Supplies — $ 186.59
   - Legal & Accounting — $ 0
   - Maintenance & Repairs — $ 167.68
   - Office Supplies — $ 390.85
   - Other Business Expenses (itemize):
     - (a) Travel Business / — $ 0
     - (b) Small Tools Purchases — $ 64.18
   - Postage & Shipping — $ 159.99
   - Rent or Lease Expense for Business Location — $ 878.00
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) $ 2,560.00
   - Taxes:
     - Employer's FICA (social security) contributions — $ 195.84
     - Sales Taxes — $ 4156.67
     - Unemployment Taxes — $ 58.08

| | | |
|---|---|---|
| Telephone & Utilities | $ | 831.29 |
| Workers' Compensation Insurance | $ | 24.18 |
| **_TOTAL COSTS AND EXPENSES_** | $ | 25,610.48 |

3. **_NET INCOME (LOSS)._** (Total Income [#1] less Total Costs & Expenses [#2]).........$ -2,437.95

4. Total funds on hand and in bank account(s)     $ 1,951.39
5. Total value of inventory on hand (cost basis)  $ 1,005.14
6. Total accounts receivable                      $ 0
7. Total accounts payable                         $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: October 26, 2023

_____          _____
Debtor                             Joint Debtor