# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: January 2023 (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales — $ 9,029.79
   - Sales Taxes Collected — $ 240.23
   - *TOTAL INCOME* ............................................................................ $ 9,270.02

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion — $ 0
   - Auto Fuel & Operations — $ 927.55
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subscriptions / Loan Repay / Fees — $ 2888.03
     - (b) Goods / Parts / Sublet Jobs — $ 2,309.88
     - (c) Rental Equipment / Uniforms — $ 1,493.85
   - Employee Benefits:
     - (a) Hospitalization & Medical — $ 0
     - (b) Retirement — $ 0
     - (c) Other — $ 0
   - Insurance Premiums (fire, theft, liability, etc.) — $ 0
   - Inventory, Materials & Supplies — $ 53.80
   - Legal & Accounting — $ 0
   - Maintenance & Repairs — $ 0
   - Office Supplies — $ 429.56
   - Other Business Expenses (itemize):
     - (a) Property POA Fee — $ 260.00
     - (b) Small Tools Purchases — $ 230.39
   - Postage & Shipping — $ 17.35
   - Rent or Lease Expense for Business Location — $ 938.00
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) — $ 1,108.00
   - Taxes:
     - Employer's FICA (social security) contributions — $ 84.77
     - Sales Taxes — $ 3,909.50
     - Unemployment Taxes — $ 0

| | | |
|---|---|---|
| Telephone & Utilities | $ | 1,232.16 |
| Workers' Compensation Insurance | $ | 24.84 |
| **TOTAL COSTS AND EXPENSES** | $ | 15,907.68 |

3. **_NET INCOME (LOSS)_**. (Total Income [#1] less Total Costs & Expenses [#2])........$ -6,637.66

4. Total funds on hand and in bank account(s)   $ 4,384.95
5. Total value of inventory on hand (cost basis) $ 716.38
6. Total accounts receivable                    $
7. Total accounts payable                       $

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: October 27, 2023

_____          _____
Debtor                             Joint Debtor