# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: __February 2023__ (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales     $ 8,937.55
   - Sales Taxes Collected     $ 335.41
   - **TOTAL INCOME** ............................................................. $ 9,272.96

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion     $ 0
   - Auto Fuel & Operations     $ 909.14
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subscriptions / Loan Repay / Fees     $ 3,058.98
     - (b) Goods / Parts / Sublet Jobs     $ 3,225.04
     - (c) Rental Equipment / Uniforms     $ 995.60
   - Employee Benefits:
     - (a) Hospitalization & Medical     $ 0
     - (b) Retirement     $ 0
     - (c) Other     $ 0
   - Insurance Premiums (fire, theft, liability, etc.)     $ 1,000.00
   - Inventory, Materials & Supplies     $ 178.81
   - Legal & Accounting     $ 2,037.00
   - Maintenance & Repairs     $ 249.00
   - Office Supplies     $ 361.08
   - Other Business Expenses (itemize):
     - (a) Vehicle Repair     $ 225.00
     - (b) Small Tools Purchases     $ 170.34
   - Postage & Shipping     $ 233.24
   - Rent or Lease Expense for Business Location     $ 7,296.50
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.)     $ 395.29
   - Taxes:
     - Employer's FICA (social security) contributions     $ 84.77
     - Sales Taxes     $ 344.20
     - Unemployment Taxes     $ 0 0

|   |   |   |
|---|---|---|
| Telephone & Utilities | $ | 832.12 |
| Workers' Compensation Insurance | $ | 0 |
| **TOTAL COSTS AND EXPENSES** | $ | 21,596.11 |

3. **_NET INCOME (LOSS)_**. (Total Income [#1] less Total Costs & Expenses [#2]) ............$ -12,323.15

4. Total funds on hand and in bank account(s)  $ 4,387.90
5. Total value of inventory on hand (cost basis) $ 694.58
6. Total accounts receivable  $ _____
7. Total accounts payable  $ _____

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: October 27, 2023

_____  _____
Debtor                                            Joint Debtor