# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: March 2023 (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales ..................................... $ 12,298.17
   - Sales Taxes Collected .................................................... $ 756.18
   - *TOTAL INCOME* ........................................................... $ 13,054.35

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion ................................................ $ 68.00
   - Auto Fuel & Operations .................................................. $ 1,130.63
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subscriptions / Loan Repay / Fees ......................... $ 1,910.46
     - (b) Goods / Parts / Sublet Jobs .................................... $ 7,270.92
     - (c) Rental Equipment / Uniforms ................................. $ 2,360.52
   - Employee Benefits:
     - (a) Hospitalization & Medical ....................................... $ 0
     - (b) Retirement ............................................................. $ 0
     - (c) Other ...................................................................... $ 0
   - Insurance Premiums (fire, theft, liability, etc.) .................. $ 0
   - Inventory, Materials & Supplies ....................................... $ 46.81
   - Legal & Accounting ........................................................ $ 0
   - Maintenance & Repairs .................................................. $ 38.63
   - Office Supplies ............................................................... $ 324.69
   - Other Business Expenses (itemize):
     - (a) Hotel for Customer ................................................. $ 125.30
     - (b) Small Tools Purchases ........................................... $ 25.91
   - Postage & Shipping ....................................................... $ 0
   - Rent or Lease Expense for Business Location ............... $ 1378.00
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) $ 2627.61
   - Taxes:
     - Employer's FICA (social security) contributions ........... $ 149.06
     - Sales Taxes ................................................................. $ 1,634.24
     - Unemployment Taxes ................................................. $ 0

| | | |
|---|---|---|
| Telephone & Utilities | $ | 821.57 |
| Workers' Compensation Insurance | $ | 10.46 |
| *TOTAL COSTS AND EXPENSES* ............................................... | $ | 19,922.09 |

3. *NET INCOME (LOSS)*. (Total Income [#1] less Total Costs & Expenses [#2])............$ -6,867.74

4. Total funds on hand and in bank account(s)  $ 2,760.88
5. Total value of inventory on hand (cost basis) $ 631.68
6. Total accounts receivable                   $ _____
7. Total accounts payable                      $ _____

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: October 27, 2023

_____  _____
Debtor                          Joint Debtor