# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: __April 2023 Updated Information__ (month and year)

1. **INCOME.**
   Gross Business Receipts / Sales                                $ __22,937.19__
   Sales Taxes Collected                                          $ __997.74__
   *TOTAL INCOME*..............................................................$ __23,934.93__

2. **COSTS AND EXPENSES.**
   Advertising & Promotion                                        $ __0__
   Auto Fuel & Operations                                         $ __410.54__
   Debt Payments by Corp. or LLC (do <u>not</u> incl. any debts
       included in the case or the plan payment):
       (a) Subscriptions / Loan Repay / Fees                      $ __1,140.09__
       (b) Goods / Parts / Sublet Jobs                            $ __9,393.52__
       (c) Rental Equipment / Uniforms                            $ __1,251.65__
   Employee Benefits:
       (a) Hospitalization & Medical                              $ __0__
       (b) Retirement                                             $ __0__
       (c) Other                                                  $ __0__
   Insurance Premiums (fire, theft, liability, etc.)              $ __0__
   Inventory, Materials & Supplies                                $ __68.96__
   Legal & Accounting                                             $ __1,500.00__
   Maintenance & Repairs                                          $ __227.87__
   Office Supplies                                                $ __598.45__
   Other Business Expenses (itemize):
       (a) Bad Debt Write Off                                     $ __421.52__
       (b) Small Tools Purchases                                  $ __159.41__
   Postage & Shipping                                             $ __60.00__
   Rent or Lease Expense for Business Location                    $ __3,289.04__
   Salaries, Wages, Bonuses (gross amt., do <u>not</u> incl. owner's comp.) $ __3,147.88__
   Taxes:
       Employer's FICA (social security) contributions            $ __111.25__
       Sales Taxes                                                $ __869.13__
       Unemployment Taxes                                         $ __51.25__

|   |   |   |
|---|---|---|
| Telephone & Utilities | $ | 611.17 |
| Workers' Compensation Insurance | $ | 27.47 |
| **TOTAL COSTS AND EXPENSES** | $ | 23,339.20 |

3. **NET INCOME (LOSS).** (Total Income [#1] less Total Costs & Expenses [#2])..........$ 595.73

4. Total funds on hand and in bank account(s)  $ 1,964.47
5. Total value of inventory on hand (cost basis) $ 578.61
6. Total accounts receivable  $
7. Total accounts payable  $

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: October 30, 2023

_____  _____
Debtor                      Joint Debtor