Edward J. Maney, Esq. AZ Bar#12256
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| TODD BALLANTINE | ) | Case No. 2: 23-BK-02173-DPC |
| SHANTAY BALLANTINE | ) | |
| | ) | NOTICE OF HEARING RE: |
| | ) | TRUSTEE'S NOTICE OF INTENT |
| | ) | TO LODGE DISMISSAL ORDER |
| | ) | AND DEBTORS OBJECTION TOO |
| _____Debtor(s)_____ | ) | AND CERTIFICATE OF MAILING |

**NOTICE IS HEREBY GIVEN** that a Hearing on the Trustee's Notice of Intent to Lodge Dismiss Order and Debtor Objection too filed 8/28/2023 filed on, DK #22, will be held before the Honorable Daniel P. Collins, United States Bankruptcy Judge, via Zoom Video conference: Parties can attend by using the zoom link found on Judge Collins' procedures page.

    Date:   December 18, 2023
    Time:   2:30 PM

Join ZoomGov Meeting
https://www.zoomgov.com/j/1605289889?pwd=eGdIYjhhY2ViaXFvMHJXeDZoUTVQQT09
Meeting ID: 160 528 9889
Passcode: 479849
One tap mobile
+16692545252,,1605289889#,,,,*479849# US
Meeting ID: 160 528 9889
Passcode: 479849

**PLEASE TAKE NOTICE** that any response must filed in writing at least **seven days** prior to the hearing with the Clerk of the Bankruptcy Court:

**Clerk of Court**
**UNITED STATES BANKRUPTCY COURT**
**230 N. First Avenue, Suite 101**
**Phoenix, Arizona 85003-1706**

and served upon the Chapter 13 Trustee. The Chapter 13 Trustee to serve this notice to debtor(s) and debtor(s) counsel.

Dated: See Electronic Signature:

                                              Edward J. Maney, Esq.
                                              101 N. First Avenue, Suite 1775
                                              Phoenix, Arizona 85003
                                              (602) 277-3776 Ext. 213

CERTIFICATE OF MAILING FOR CASE NO: Case # 2: 23-BK-02173-DPC

Edward J. Maney, CHAPTER 13 TRUSTEE (hereinafter the "Trustee"), hereby certifies that a copy of Notice of Hearing was mailed on November 2, 2023 to following parties.

Benjamin Joseph Wright, Esq.
Wright Law Offices
2999 N. 44th St Ste 250
Phoenix, AZ   85018
Attorney for the Debtor(s)

Todd and Shantay Ballantine
6469 S. Rising Sun Road
Williams, Arizona 86046
Debtor(s)

Copies of the foregoing mailed (see electronic signature below) to the following:

                                              EDWARD J. MANEY,
                                              CHAPTER 13 TRUSTEE

                                              Edward J. Maney, Esq. #012256
                                              101 N. First Avenue, Suite 1775
                                              Phoenix, Arizona 85003
                                              (602) 277-3776Ext. 213