# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk02173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: July 2023 Updated (month and year)

1. **INCOME.**
   Gross Business Receipts / Sales     $ 52,356.42
   Sales Taxes Collected     $ 1,806.20
   *TOTAL INCOME*..................................................$ 54,162.62

2. **COSTS AND EXPENSES.**
   Advertising & Promotion     $ 30.00
   Auto Fuel & Operations     $ 810.47
   Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     (a) Subscriptions / Fees     $ 1,752.55
     (b) Cost of Goods Sold / Parts / Sublet     $ 18,704.40
     (c) Rental Equipment / Uniforms     $ 1,520.81
   Employee Benefits:
     (a) Hospitalization & Medical     $ 0
     (b) Retirement     $ 0
     (c) Other     $ 0
   Insurance Premiums (fire, theft, liability, etc.)     $ 0
   Inventory, Materials & Supplies     $ 1,264.86
   Legal & Accounting     $ 1,500.00
   Maintenance & Repairs     $ 2,136.26
   Office Supplies     $ 421.07
   Other Business Expenses (itemize):
     (a) Bad Debt Customer Repairs     $ 2,337.67
     (b) Small Tools Purchase     $ 173.15
   Postage & Shipping     $ 84.73
   Rent or Lease Expense for Business Location     $ 1,798.00
   Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.)     $ 7,142.64
   Taxes:
     Employer's FICA (social security) contributions     $ 555.26
     Sales Taxes     $ 616.68
     Unemployment Taxes     $ 245.57

|  |  |
|---|---|
| Telephone & Utilities | $ 1493.10 |
| Workers' Compensation Insurance | $ 135.46 |
| *TOTAL COSTS AND EXPENSES* ................................................ | $ 42,722.68 |

3. **NET INCOME (LOSS).** (Total Income [#1] less Total Costs & Expenses [#2])............$ 11,439.94

4. Total funds on hand and in bank account(s)  $ 8,802.43
5. Total value of inventory on hand (cost basis) $ 1,583.94
6. Total accounts receivable                   $ 737.18
7. Total accounts payable                      $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: November 9, 2023

_____    _____
Debtor                              Joint Debtor