# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk02173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: September 2023 (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales …………………………… $ 29,785.01
   - Sales Taxes Collected ……………………………………… $ 1,958.93
   - **TOTAL INCOME** ………………………………………… $ 31,743.94

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion …………………………………… $ 0
   - Auto Fuel & Operations …………………………………… $ 693.16
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subscriptions / Fees …………………………………… $ 1,862.85
     - (b) Cost of Goods Sold / Parts / Sublet ………………… $ 18,835.95
     - (c) Rental Equipment / Uniforms ………………………… $ 1,385.59
   - Employee Benefits:
     - (a) Hospitalization & Medical …………………………… $ 0
     - (b) Retirement ……………………………………………… $ 0
     - (c) Other …………………………………………………… $ 0
   - Insurance Premiums (fire, theft, liability, etc.) …………… $ 0
   - Inventory, Materials & Supplies …………………………… $ 481.45
   - Legal & Accounting ………………………………………… $ 1,500.00
   - Maintenance & Repairs …………………………………… $ 129.94
   - Office Supplies ……………………………………………… $ 587.96
   - Other Business Expenses (itemize):
     - (a) Towing ………………………………………………… $ 500.00
     - (b) Small Tools Purchase ……………………………… $ 1,630.30
   - Postage & Shipping ………………………………………… $ 458.09
   - Rent or Lease Expense for Business Location …………… $ 1,798.00
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) $ 6,159.90
   - Taxes:
     - Employer's FICA (social security) contributions ……… $ 431.60
     - Sales Taxes ……………………………………………… $ 1,090.11
     - Unemployment Taxes …………………………………… $ 0

|   |   |   |
|---|---|---|
| Telephone & Utilities | $ | 574.10 |
| Workers' Compensation Insurance | $ | 85.75 |
| **_TOTAL COSTS AND EXPENSES_** | $ | 38,204.75 |

3. **_NET INCOME (LOSS)_**. (Total Income [#1] less Total Costs & Expenses [#2]).........$ -6,640.81

4. Total funds on hand and in bank account(s)  $ 1,548.77
5. Total value of inventory on hand (cost basis) $ 1,481.73
6. Total accounts receivable  $ 1,580.88
7. Total accounts payable  $ _____

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: November 9, 2023

_____  _____
Debtor                            Joint Debtor