# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: December 2022 Correction (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales — $ 22108.93
   - Sales Taxes Collected — $ 1063.60
   - *TOTAL INCOME* ........................................................................ $ 23172.53

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion — $ 0
   - Auto Fuel & Operations — $ 398.01
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subsciption Fees — $ 881.04
     - (b) Cost of Goods Sold/Sublet — $ 10227.90
     - (c) Rental Equipment / Uniforms — $ 1498.17
   - Employee Benefits:
     - (a) Hospitalization & Medical — $ 0
     - (b) Retirement — $ 0
     - (c) Other — $ 0
   - Insurance Premiums (fire, theft, liability, etc.) — $ 356.33
   - Inventory, Materials & Supplies — $ 0
   - Legal & Accounting — $ 0
   - Maintenance & Repairs — $ 0
   - Office Supplies — $ 390.85
   - Other Business Expenses (itemize):
     - (a) _____ — $ 0
     - (b) _____ — $ 0
   - Postage & Shipping — $ 0
   - Rent or Lease Expense for Business Location — $ 1798.00
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) — $ 2560.00
   - Taxes:
     - *Employer's FICA (social security) contributions* — $ 195.84
     - Sales Taxes — $ 1156.67
     - Unemployment Taxes — $ 58.08

|  |  |
|---|---|
| Telephone & Utilities | $ 831.29 |
| Workers' Compensation Insurance | $ 24.18 |
| **TOTAL COSTS AND EXPENSES** | $ 20376.36 |

3. **NET INCOME (LOSS).** (Total Income [#1] less Total Costs & Expenses [#2]) ............ $ 2796.17

4. Total funds on hand and in bank account(s)   $ 1951.39
5. Total value of inventory on hand (cost basis)  $ 1005.14
6. Total accounts receivable                      $ 0
7. Total accounts payable                         $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: December 12, 2023

_____           _____
Debtor                              Joint Debtor