# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: January 2023 Correction (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales ............................................. $ 9029.79
   - Sales Taxes Collected ............................................................. $ 240.23
   - **TOTAL INCOME** ........................................................................... $ 9270.02

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion .......................................................... $ 0
   - Auto Fuel & Operations ............................................................ $ 427.55
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subscription Fees ............................................................ $ 827.55
     - (b) Cost of Goods Sold/Sublet ............................................ $ 2309.88
     - (c) Rental Equipment / Uniforms ......................................... $ 1493.85
   - Employee Benefits:
     - (a) Hospitalization & Medical .............................................. $ 0
     - (b) Retirement .................................................................... $ 0
     - (c) Other .............................................................................. $ 0
   - Insurance Premiums (fire, theft, liability, etc.) ......................... $ 0
   - Inventory, Materials & Supplies ............................................... $ 0
   - Legal & Accounting ................................................................... $ 0
   - Maintenance & Repairs ............................................................ $ 0
   - Office Supplies .......................................................................... $ 329.56
   - Other Business Expenses (itemize):
     - (a) _____ $ 0
     - (b) _____ $ 0
   - Postage & Shipping .................................................................. $ 0
   - Rent or Lease Expense for Business Location ........................ $ 1798.00
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) $ 1108.00
   - Taxes:
     - *Employer's FICA (social security) contributions* .............. $ 84.77
     - Sales Taxes ......................................................................... $ 909.50
     - Unemployment Taxes ......................................................... $ 0

       Telephone & Utilities                                                      $ 832.16
       Workers' Compensation Insurance                           $ 24.84

       ***TOTAL COSTS AND EXPENSES*** .................................................$ 10145.50

3. ***NET INCOME (LOSS).*** (Total Income [#1] less Total Costs & Expenses [#2]............$ -875.48

4. Total funds on hand and in bank account(s)   $ 4384.95
5. Total value of inventory on hand (cost basis)  $ 716.38
6. Total accounts receivable                  $ 0
7. Total accounts payable                       $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: December 12 , 2023

_____                     _____
Debtor                                                                   Joint Debtor