# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: March 2023 Correction (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales — $ 12298.17
   - Sales Taxes Collected — $ 756.18
   - **TOTAL INCOME** ............................................................$ 13054.35

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion — $ 0
   - Auto Fuel & Operations — $ 430.63
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subsciption Fees — $ 802.11
     - (b) Cost of Goods Sold/Sublet — $ 7270.92
     - (c) Rental Equipment / Uniforms — $ 1360.52
   - Employee Benefits:
     - (a) Hospitalization & Medical — $ 0
     - (b) Retirement — $ 0
     - (c) Other — $ 0
   - Insurance Premiums (fire, theft, liability, etc.) — $ 0
   - Inventory, Materials & Supplies — $ 0
   - Legal & Accounting — $ 0
   - Maintenance & Repairs — $ 0
   - Office Supplies — $ 224.69
   - Other Business Expenses (itemize):
     - (a) _____ — $ 0
     - (b) _____ — $ 0
   - Postage & Shipping — $ 0
   - Rent or Lease Expense for Business Location — $ 1798.00
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) — $ 1454.25
   - Taxes:
     - Employer's FICA (social security) contributions — $ 149.06
     - Sales Taxes — $ 634.24
     - Unemployment Taxes — $ 0

       Telephone & Utilities                                               $ 821.57

       Workers' Compensation Insurance                  $ 10.460

           *TOTAL COSTS AND EXPENSES* ..................................................$ 15081.75

3. **NET INCOME (LOSS).** (Total Income [#1] less Total Costs & Expenses [#2]............$ -2027.40

4. Total funds on hand and in bank account(s)  $ 2760.88
5. Total value of inventory on hand (cost basis)  $ 631.68
6. Total accounts receivable                   $ 0
7. Total accounts payable                      $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: December 12, 2023

_____        _____
Debtor                                                                      Joint Debtor

Local Form 2084-2 (12/17)        Chapter 13 Monthly Business Operating Statement        Page 2

Case 3:23-bk-02173-DPC    Doc 41    Filed 12/13/23    Entered 12/13/23 15:55:40    Desc
Main Document    Page 2 of 2