# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: April 2023 Correction    (month and year)

1. **INCOME.**
   Gross Business Receipts / Sales                $ 22937.19
   Sales Taxes Collected                          $ 997.74
   *TOTAL INCOME*......................................................$ 23934.93

2. **COSTS AND EXPENSES.**
   Advertising & Promotion                        $ 0
   Auto Fuel & Operations                         $ 410.54
   Debt Payments by Corp. or LLC (do not incl. any debts
     included in the case or the plan payment):
     (a) Subsciption Fees                         $ 810.49
     (b) Cost of Goods Sold/Sublet                $ 9393.52
     (c) Rental Equipment / Uniforms              $ 1251.65
   Employee Benefits:
     (a) Hospitalization & Medical                $ 0
     (b) Retirement                               $ 0
     (c) Other                                    $ 0
   Insurance Premiums (fire, theft, liability, etc.)  $ 0
   Inventory, Materials & Supplies                $ 0
   Legal & Accounting                             $ 0
   Maintenance & Repairs                          $ 0
   Office Supplies                                $ 398.45
   Other Business Expenses (itemize):
     (a) _____                  $ 0
     (b) _____                  $ 0
   Postage & Shipping                             $ 0
   Rent or Lease Expense for Business Location    $ 1798.00
   Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) $ 3147.88
   Taxes:
     *Employer's FICA (social security) contributions*  $ 111.25
     Sales Taxes                                  $ 869.13
     Unemployment Taxes                           $ 51.250

Local Form 2084-2 (12/17)    Chapter 13 Monthly Business Operating Statement    Page 1

Case 3:23-bk-02173-DPC   Doc 42   Filed 12/13/23   Entered 12/13/23 15:56:41   Desc
Main Document    Page 1 of 2

    Telephone & Utilities    $ 611.17
    Workers' Compensation Insurance    $ 27.47
    ***TOTAL COSTS AND EXPENSES*** .................................................$ 19040.66

3. ***NET INCOME (LOSS).*** (Total Income [#1] less Total Costs & Expenses [#2]............$ 4894.27

4. Total funds on hand and in bank account(s)  $ 1964.47
5. Total value of inventory on hand (cost basis)  $ 578.61
6. Total accounts receivable  $ 0
7. Total accounts payable  $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: December 12, 2023

_____    _____
Debtor    Joint Debtor

Local Form 2084-2 (12/17)    Chapter 13 Monthly Business Operating Statement    Page 2

Case 3:23-bk-02173-DPC   Doc 42   Filed 12/13/23   Entered 12/13/23 15:56:41   Desc
Main Document   Page 2 of 2