# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: May 2023 Correction   (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales             $ 28664.53
   - Sales Taxes Collected                       $ 1386.02
   - **TOTAL INCOME** ................................................$ 30050.55

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion                     $ 0
   - Auto Fuel & Operations                      $ 434.96
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subscription Fees                     $ 819.77
     - (b) Cost of Goods Sold/Sublet             $ 13327.05
     - (c) Rental Equipment / Uniforms           $ 1419.05
   - Employee Benefits:
     - (a) Hospitalization & Medical             $ 0
     - (b) Retirement                            $ 0
     - (c) Other                                 $ 0
   - Insurance Premiums (fire, theft, liability, etc.)   $ 400.00
   - Inventory, Materials & Supplies             $ 0
   - Legal & Accounting                          $ 0
   - Maintenance & Repairs                       $ 0
   - Office Supplies                             $ 317.44
   - Other Business Expenses (itemize):
     - (a) _____                       $ 0
     - (b) _____                       $ 0
   - Postage & Shipping                          $ 0
   - Rent or Lease Expense for Business Location $ 1798.00
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) $ 4565.63
   - Taxes:
     - *Employer's FICA (social security) contributions*   $ 153.21
     - Sales Taxes                               $ 1062.15
     - Unemployment Taxes                        $ 0

|  |  |
|---|---|
| Telephone & Utilities | $ 822.38 |
| Workers' Compensation Insurance | $ 48.17 |
| **_TOTAL COSTS AND EXPENSES_** ............................................... | $ 25361.20 |

3. **_NET INCOME (LOSS)_**. (Total Income [#1] less Total Costs & Expenses [#2]) ............ $ 4689.35

4. Total funds on hand and in bank account(s)   $ 1721.81
5. Total value of inventory on hand (cost basis) $ 684.31
6. Total accounts receivable                     $ 0
7. Total accounts payable                        $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: December 12, 2023

_____        _____
Debtor                                  Joint Debtor