# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: June 2023 Correction (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales: $ 29918.78
   - Sales Taxes Collected: $ 1403.12
   - **TOTAL INCOME**.................................................................$ 31321.90

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion: $ 0
   - Auto Fuel & Operations: $ 444.87
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subsciption Fees: $ 810.94
     - (b) Cost of Goods Sold/Sublet: $ 16401.78
     - (c) Rental Equipment / Uniforms: $ 1251.63
   - Employee Benefits:
     - (a) Hospitalization & Medical: $ 0
     - (b) Retirement: $ 0
     - (c) Other: $ 0
   - Insurance Premiums (fire, theft, liability, etc.): $ 370.57
   - Inventory, Materials & Supplies: $ 0
   - Legal & Accounting: $ 0
   - Maintenance & Repairs: $ 0
   - Office Supplies: $ 348.09
   - Other Business Expenses (itemize):
     - (a) _____: $ 0
     - (b) Small Tools: $ 586.34
   - Postage & Shipping: $ 0
   - Rent or Lease Expense for Business Location: $ 1798.00
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.): $ 4258.08
   - Taxes:
     - *Employer's FICA (social security) contributions*: $ 230.84
     - Sales Taxes: $ 646.74
     - Unemployment Taxes: $ 0

|   |   |   |
|---|---|---|
| | Telephone & Utilities | $ 644.21 |
| | Workers' Compensation Insurance | $ 59.30 |
| | **TOTAL COSTS AND EXPENSES** ............................. | $ 27851.14 |
| 3. | **NET INCOME (LOSS).** (Total Income [#1] less Total Costs & Expenses [#2]) ........... | $ 3470.76 |

4. Total funds on hand and in bank account(s)  $ 13568.62
5. Total value of inventory on hand (cost basis)  $ 734.76
6. Total accounts receivable  $ 107.92
7. Total accounts payable  $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: December 12, 2023

_____  _____
Debtor                      Joint Debtor