# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: July 2023 Correction  (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales — $ 52356.42
   - Sales Taxes Collected — $ 1806.20
   - **TOTAL INCOME** ............................................................ $ 54162.62

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion — $ 350.00
   - Auto Fuel & Operations — $ 810.47
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subsciption Fees — $ 879.90
     - (b) Cost of Goods Sold/Sublet — $ 18704.40
     - (c) Rental Equipment / Uniforms — $ 1520.81
   - Employee Benefits:
     - (a) Hospitalization & Medical — $ 0
     - (b) Retirement — $ 0
     - (c) Other — $ 0
   - Insurance Premiums (fire, theft, liability, etc.) — $ 0
   - Inventory, Materials & Supplies — $ 0
   - Legal & Accounting — $ 0
   - Maintenance & Repairs — $ 0
   - Office Supplies — $ 721.07
   - Other Business Expenses (itemize):
     - (a) _____ — $ 0
     - (b) Small Tools — $ 1573.15
   - Postage & Shipping — $ 0
   - Rent or Lease Expense for Business Location — $ 1798.00
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) — $ 7142.64
   - Taxes:
     - *Employer's FICA (social security) contributions* — $ 555.26
     - Sales Taxes — $ 2616.68
     - Unemployment Taxes — $ 245.57

|   |   |
|---|---|
| Telephone & Utilities | $ 1493.10 |
| Workers' Compensation Insurance | $ 135.46 |
| *TOTAL COSTS AND EXPENSES* | $ 37475.22 |

3. *NET INCOME (LOSS).* (Total Income [#1] less Total Costs & Expenses [#2]) ............$ 16287.40

4. Total funds on hand and in bank account(s)   $ 8802.43
5. Total value of inventory on hand (cost basis) $ 1583.94
6. Total accounts receivable   $ 737.18
7. Total accounts payable   $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: December 12, 2023

_____  _____
Debtor                  Joint Debtor