# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: <u>August 2023 Correction</u> (month and year)

1. **INCOME.**

| | |
|---|---|
| Gross Business Receipts / Sales | $ <u>35058.50</u> |
| Sales Taxes Collected | $ <u>1559.65</u> |
| *TOTAL INCOME*..................................................................$ <u>36618.15</u> | |

2. **COSTS AND EXPENSES.**

| | |
|---|---|
| Advertising & Promotion | $ <u>0</u> |
| Auto Fuel & Operations | $ <u>838.15</u> |
| Debt Payments by Corp. or LLC (do <u>not</u> incl. any debts included in the case or the plan payment): | |
| (a) <u>Subsciption Fees</u> | $ <u>855.10</u> |
| (b) <u>Cost of Goods Sold/Sublet</u> | $ <u>19315.96</u> |
| (c) <u>Rental Equipment / Uniforms</u> | $ <u>1403.62</u> |
| Employee Benefits: | |
| (a) Hospitalization & Medical | $ <u>0</u> |
| (b) Retirement | $ <u>0</u> |
| (c) Other | $ <u>0</u> |
| Insurance Premiums (fire, theft, liability, etc.) | $ <u>0</u> |
| Inventory, Materials & Supplies | $ <u>0</u> |
| Legal & Accounting | $ <u>0</u> |
| Maintenance & Repairs | $ <u>0</u> |
| Office Supplies | $ <u>347.83</u> |
| Other Business Expenses (itemize): | |
| (a) _____ | $ <u>0</u> |
| (b) <u>Small Tools</u> | $ <u>265.49</u> |
| Postage & Shipping | $ <u>0</u> |
| Rent or Lease Expense for Business Location | $ <u>1798.00</u> |
| Salaries, Wages, Bonuses (gross amt., do <u>not</u> incl. owner's comp.) | $ <u>5651.80</u> |
| Taxes: | |
| *Employer's FICA (social security) contributions* | $ <u>546.43</u> |
| Sales Taxes | $ <u>1185.21</u> |
| Unemployment Taxes | $ <u>0</u> |

Case 3:23-bk-02173-DPC    Doc 46    Filed 12/13/23    Entered 12/13/23 16:03:51    Desc
Main Document    Page 1 of 2

Telephone & Utilities                                      $ 832.16
Workers' Compensation Insurance                            $ 189.52
                    **_TOTAL COSTS AND EXPENSES_** .................................................$ 33232.27
3.  **_NET INCOME (LOSS)._** (Total Income [#1] less Total Costs & Expenses [#2]) ...........$ 3785.88

4. Total funds on hand and in bank account(s)    $ 770.43
5. Total value of inventory on hand (cost basis) $ 1734.26
6. Total accounts receivable                     $ 927.08
7. Total accounts payable                        $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: December 12 ___ , 2023

_____            _____
Debtor                                    Joint Debtor