# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: September 2023 Correction (month and year)

1. **INCOME.**
   - Gross Business Receipts / Sales — $ 29785.01
   - Sales Taxes Collected — $ 1958.93
   - **TOTAL INCOME** .................................................. $ 31743.94

2. **COSTS AND EXPENSES.**
   - Advertising & Promotion — $ 0
   - Auto Fuel & Operations — $ 496.16
   - Debt Payments by Corp. or LLC (do not incl. any debts included in the case or the plan payment):
     - (a) Subsciption Fees — $ 863.93
     - (b) Cost of Goods Sold/Sublet — $ 18835.95
     - (c) Rental Equipment / Uniforms — $ 1385.59
   - Employee Benefits:
     - (a) Hospitalization & Medical — $ 0
     - (b) Retirement — $ 0
     - (c) Other — $ 0
   - Insurance Premiums (fire, theft, liability, etc.) — $ 0
   - Inventory, Materials & Supplies — $ 0
   - Legal & Accounting — $ 0
   - Maintenance & Repairs — $ 0
   - Office Supplies — $ 487.96
   - Other Business Expenses (itemize):
     - (a) — $ 0
     - (b) Small Tools — $ 30.30
   - Postage & Shipping — $ 0
   - Rent or Lease Expense for Business Location — $ 1798.00
   - Salaries, Wages, Bonuses (gross amt., do not incl. owner's comp.) — $ 2778.90
   - Taxes:
     - Employer's FICA (social security) contributions — $ 431.60
     - Sales Taxes — $ 1090.11
     - Unemployment Taxes — $ 0

       Telephone & Utilities                                                         $ 574.10
       Workers' Compensation Insurance                                 $ 85.75
            ***TOTAL COSTS AND EXPENSES*** .................................................$ 28855.35
3.  ***NET INCOME (LOSS).*** (Total Income [#1] less Total Costs & Expenses [#2])............$ 2888.59

4. Total funds on hand and in bank account(s)   $ 1548.77
5. Total value of inventory on hand (cost basis)  $ 1481.73
6. Total accounts receivable                        $ 1580.88
7. Total accounts payable                             $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: December 12, 2023

_____           _____
Debtor                                                               Joint Debtor