# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS
OPERATING STATEMENT**

Financial Report for: <u>October 2023 Correction</u> (month and year)

1. **INCOME.**

| | |
|---|---|
| Gross Business Receipts / Sales | $ 41526.11 |
| Sales Taxes Collected | $ 2810.75 |
| *TOTAL INCOME*............................................................................ | $ 44336.86 |

2. **COSTS AND EXPENSES.**

| | |
|---|---|
| Advertising & Promotion | $ 0 |
| Auto Fuel & Operations | $ 438.47 |
| Debt Payments by Corp. or LLC (do <u>not</u> incl. any debts included in the case or the plan payment): | |
| (a) Subsciption Fees | $ 863.73 |
| (b) Cost of Goods Sold/Sublet | $ 27026.47 |
| (c) Rental Equipment / Uniforms | $ 1333.05 |
| Employee Benefits: | |
| (a) Hospitalization & Medical | $ 0 |
| (b) Retirement | $ 0 |
| (c) Other | $ 0 |
| Insurance Premiums (fire, theft, liability, etc.) | $ 0 |
| Inventory, Materials & Supplies | $ 0 |
| Legal & Accounting | $ 0 |
| Maintenance & Repairs | $ 0 |
| Office Supplies | $ 307.55 |
| Other Business Expenses (itemize): | |
| (a) _____ | $ 0 |
| (b) Small Tools | $ 1480.14 |
| Postage & Shipping | $ 0 |
| Rent or Lease Expense for Business Location | $ 1798.00 |
| Salaries, Wages, Bonuses (gross amt., do <u>not</u> incl. owner's comp.) | $ 3677.70 |
| Taxes: | |
| *Employer's FICA (social security) contributions* | $ 491.04 |
| Sales Taxes | $ 2950.03 |
| Unemployment Taxes | $ 238.70 |

| | |
|---|---|
| Telephone & Utilities | $ 821.56 |
| Workers' Compensation Insurance | $ 68.31 |

**TOTAL COSTS AND EXPENSES** ...................................................$ 41494.75

**3.** ***NET INCOME (LOSS).*** (Total Income [#1] less Total Costs & Expenses [#2] ............$ 4922.25

4. Total funds on hand and in bank account(s)  $ 2881.49
5. Total value of inventory on hand (cost basis)  $ 1321.78
6. Total accounts receivable  $ 2686.43
7. Total accounts payable  $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: December 12 , 2023

_____
Debtor

_____
Joint Debtor