# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re

Todd Ballantine
Shantay Ballantine

Debtor(s)

Chapter 13

Case No. 3:23-bk2173-DPC

**CHAPTER 13 MONTHLY BUSINESS OPERATING STATEMENT**

Financial Report for: November 2023 _____ (month and year)

1. **INCOME.**

| | |
|---|---|
| Gross Business Receipts / Sales | $ 15394.40 |
| Sales Taxes Collected | $ 1214.15 |
| *TOTAL INCOME*........................................................................$ 16300.20 | |

2. **COSTS AND EXPENSES.**

| | |
|---|---|
| Advertising & Promotion | $ 0 |
| Auto Fuel & Operations | $ 386.74 |
| Debt Payments by Corp. or LLC (do <u>not</u> incl. any debts included in the case or the plan payment): | |
| (a) Subsciption Fees | $ 952.36 |
| (b) Cost of Goods Sold/Sublet | $ 8960.01 |
| (c) Rental Equipment / Uniforms | $ 147.31 |
| Employee Benefits: | |
| (a) Hospitalization & Medical | $ 0 |
| (b) Retirement | $ 0 |
| (c) Other | $ 0 |
| Insurance Premiums (fire, theft, liability, etc.) | $ 0 |
| Inventory, Materials & Supplies | $ 0 |
| Legal & Accounting | $ 0 |
| Maintenance & Repairs | $ 0 |
| Office Supplies | $ 383.66 |
| Other Business Expenses (itemize): | |
| (a) _____ | $ 0 |
| (b) _____ | $ 0 |
| Postage & Shipping | $ 0 |
| Rent or Lease Expense for Business Location | $ 1798.00 |
| Salaries, Wages, Bonuses (gross amt., do <u>not</u> incl. owner's comp.) | $ 1800.00 |
| Taxes: | |
| *Employer's FICA (social security) contributions* | $ 261.52 |
| Sales Taxes | $ 385.02 |
| Unemployment Taxes | $ 0 |

Telephone & Utilities $ 118.00

Workers' Compensation Insurance $ 60.20

*TOTAL COSTS AND EXPENSES* .................................................$ 16552.82

3. *NET INCOME (LOSS).* (Total Income [#1] less Total Costs & Expenses [#2] ...........$ -152.62

4. Total funds on hand and in bank account(s)   $ 1434.96

5. Total value of inventory on hand (cost basis)   $ 1094.18

6. Total accounts receivable   $ 2623.67

7. Total accounts payable   $ 0

I/We declare under penalty of perjury that the information provided is true and correct.

Dated: December 12 , 2023

_____
Debtor

_____
Joint Debtor

Case 3:23-bk-02173-DPC   Doc 49   Filed 12/13/23   Entered 12/13/23 16:06:33   Desc
Main Document      Page 2 of 2