# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | TODD & SHANTAY BALLANTINE |
| Case Number: | 3:23-BK-02173-DPC    Chapter: 13 |
| Date / Time / Room: | MONDAY, DECEMBER 18, 2023 02:30 PM   3RD FLOOR #301 |
| Bankruptcy Judge: | REDFIELD T. BAUM |
| Courtroom Clerk: | RENEE BRYANT |
| Reporter / ECR: | STACI FAGAN |

## Matter:

TRUSTEE'S NOTICE OF INTENT TO LODGE DISMISSAL ORDER AND DEBTORS OBJECTION TOO

R / M #:    34 / 0

## Appearances:

BENJAMIN WRIGHT, ATTORNEY FOR TODD BALLANTINE, SHANTAY BALLANTINE
ROSS M MUMME, ATTORNEY FOR EDWARD J. MANEY

## Proceedings:

Mr. Mumme provides a history of the case and summarizes his efforts to contact the creditor Fox Ranch. He states that he was able to speak with Mr. Solan's power of attorney, Joseph, and he understands their objection. Mr. Mumme states the Debtor is cooperating, and they are getting close to confirmation. He asks for a 30-day continuance.

Mr. Wright agrees with Mr. Mumme's representation and agrees to a 30-day continuance.

COURT:  IT IS ORDERED SETTING A CONTINUED HEARING ON JANUARY 16, 2024, AT 2:30 P.M. PARTICIPANTS CAN ATTEND BY USING THE ZOOM LINK FOUND ON JUDGE COLLINS' PROCEDURES PAGE.