# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Audio Record of Hearing Held

**Hearing Information:**

| | |
|---|---|
| Debtor: | TODD & SHANTAY BALLANTINE |
| Case Number: | 3:23-BK-02173-DPC       Chapter: 13 |
| Date / Time / Room: | MONDAY, DECEMBER 18, 2023 02:30 PM   3RD FLOOR #301 |
| Courtroom Clerk: | RENEE BRYANT |
| Reporter / ECR: | STACI FAGAN |
| Audio File Name: | AHL01604330.MP3 |
| Audio File Size: | 2,031 KB |
| Audio File Length: | 00:04:20 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."

**Matter:**

TRUSTEE'S NOTICE OF INTENT TO LODGE DISMISSAL ORDER AND DEBTORS OBJECTION TOO
R / M #: 34 / 50

Case 3:23-bk-02173-DPC   Doc 51   Filed 12/18/23   Entered 12/20/23 11:22:06   Desc
Main document   Page 1 of 1