Ross M. Mumme, Esq. #029956
Edward J. Maney, Chapter 13 Trustee
101 N. First Ave. Ste 1775
Phoenix, Arizona 85003
(602) 277-3776 Ext. 217
rmumme@maney13trustee.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| TODD BALLANTINE and SHANTAY BALLANTINE, | Case No. 3:23-bk-02173-DPC |
| | **NOTICE OF CONTINUED HEARING AND CERTIFICATE OF MAILING** |
| Debtors. | Hearing Date: January 16, 2024<br>Hearing Time: 2:30 p.m. |

NOTICE IS HEREBY GIVEN that the hearing on Debtor's Objection to Trustee's Motion to Dismiss, previously scheduled for January 16, 2024 at 2:30 p.m., has been continued to:

**DATE: February 20, 2024**

**TIME: 2:30 p.m.**

**LOCATION:** Zoom Video Conference

Join ZoomGov Meeting
https://www.zoomgov.com/j/1605289889?pwd=eGdIYjhhY2ViaXFvMHJXeDZoUTVQQT09(link is external)
Meeting ID: 160 528 9889
Passcode: 479849
One tap mobile
+16692545252,,1605289889#,,,,*479849# US
Meeting ID: 160 528 9889
Passcode: 479849

: : :

: : :

DATED see electronic signature

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE


_____
Ross M. Mumme, Esq. #029956

## CERTIFICATE OF SERVICE

I, Ross M. Mumme, Esq., do hereby certify that on [See electronic signature], the parties below were served the above Notice by way of Notice of Electronic Filing through the Court's CM/ECF system, as permitted by Local Rule 9076-1 where indicated*, or via US Mail and electronic mail at the address indicated below:


Benjamin Wright, Esq.*

legal@fox-ranch.com



DATED: See electronic signature

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE


_____
Ross M. Mumme, Esq. #029956