Ross M. Mumme, Esq. #029956
Edward J. Maney, Chapter 13 Trustee
101 N. First Ave. Ste 1775
Phoenix, Arizona 85003
(602) 277-3776 Ext. 217
rmumme@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| TODD BALLANTINE and SHANTAY BALLANTINE | Case No. 3:23-bk-02173-DPC |
| Debtors. | **NOTICE OF CONTINUED HEARING AND CERTIFICATE OF MAILING** |
| | Hearing Date: March 18, 2024 Hearing Time: 2:30 p.m. |

   NOTICE IS HEREBY GIVEN that the hearing on Debtor's Objection to Trustee Recommendations, previously scheduled for February 20, 2024 at 2:30 p.m., has been continued to:

   **DATE: March 18, 2024**

   **TIME: 2:30 p.m.**

   **LOCATION:** Video Conference

Appearance info as below:

Join ZoomGov Meeting
https://www.zoomgov.com/j/1605289889?pwd=eGdIYjhhY2ViaXFvMHJXeDZoUTVQQT09(link is external)

Meeting ID: 160 528 9889

Passcode: 479849

: : :

DATED see electronic signature

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

_____
Ross M. Mumme, Esq. #029956

## CERTIFICATE OF SERVICE

I, Ross M. Mumme, Esq., do hereby certify that on [See electronic signature], the parties below were served the above Notice by way of Notice of Electronic Filing through the Court's CM/ECF system, as permitted by Local Rule 9076-1 where indicated*, or via US Mail and electronic mail at the address indicated below:

Benjamin Joseph Wright, Esq.*

DATED: See electronic signature

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

_____
Ross M. Mumme, Esq. #029956