Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| TODD BALLANTINE | Case No. 3:23-bk-02173-DPC |
| SHANTAY BALLANTINE | TRUSTEE'S OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON |
| Debtor(s) | CLAIM #: 014 |

COMES NOW Edward J. Maney, the Trustee of the above-captioned estate, and objects to the following claim:

    No:     014
    Name:  Forward Financing
    Address: 53 State St. 20th Fl.

            Boston, MA 02109-

    Acct No:

Upon the following grounds:

    Claim was untimely filed

The Trustee recommends said claim be treated as follows:

    Claim be disallowed

NOTICE IS GIVEN that the above claim is disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before April 18, 2024, (30 days from mailing) the creditor EITHER:

    1.    Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the Trustee AND receives from him a withdrawal of objection;

2. Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of the Court, and mails a copy thereof to the Trustee at 101 N. First Avenue, Suite 1775, Phoenix, Arizona, 85003.

Dated: See Electronic Signature

EDWARD J. MANEY
CHAPTER 13 TRUSTEE

By:_____
Edward J. Maney ABN 12256
Chapter 13 Trustee
101 North First Avenue, Suite 1775
Phoenix, AZ 85003
(602) 277-3776
ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 3:23-02173-DPC

Copies of the foregoing mailed on (see electronic signature) to the following:

Attorney for Debtor(s):
Benjamin Joseph Wright, Esq.
Wright Law Offices
2999 N. 44th St Ste 250
Phoenix, AZ 85018-

Debtor(s):
TODD BALLANTINE
6469 S RISING SUN RD
WILLIAMS, AZ. 86046

SHANTAY BALLANTINE
6469 S RISING SUN RD
WILLIAMS, AZ 86046

Creditor:
Forward Financing
53 State St. 20th Fl.
Boston, MA 02109-

By:_____
    Trustee's Clerk