| | |
|---|---|
| In re: | Case No. 23-02173-DPC |
| TODD BALLANTINE | Chapter 13 |
| SHANTAY BALLANTINE | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0970-3      User: admin      Page 1 of 3
Date Rcvd: Mar 18, 2024      Form ID: pdf001      Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | TODD BALLANTINE, 6469 S RISING SUN RD, WILLIAMS, AZ 86046-7655 |
| jdb | +++ | SHANTAY BALLANTINE, 6469 S RISING SUN RD, WILLIAMS, AZ 86046-7655 |
| cr | + | Snap On Credit, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Tucson, AZ 85712-1097 |
| 16940060 | | AMR Global Medical Response, PO Box 8324, Payson AZ 85541 |
| 16940062 | + | Autozone Inc, PO Box 791409, Baltimore MD 21279-1409 |
| 16940066 | + | Clearpath Federal Credit Union, 300E Magnolia Blvd Ste 401, Burbank CA 91502-3238 |
| 16940067 | + | Clearpath Federal Cu, 340 Arden Avenue, Glendale CA 91203-1102 |
| 16940074 | + | Flagstaff Medical Center, P.O. Box 29432, Phoenix AZ 85038-9432 |
| 16940075 | + | Flagstaff Neurosurgery, Attn # 24561K, PO BOX 14000, Belfast ME 04915-4033 |
| 16940077 | + | Fox Ranch LLC, c/o Matthew Phillip Solan, 501 North 24th St, Phoenix AZ 85008-6056 |
| 16940078 | | Home Depot, PO Box 78011, Benson AZ 85602 |
| 16940081 | + | Mission Linen Supply, 2450 E Huntington Dr., Flagstaff AZ 86004-8902 |
| 16940082 | + | National Bank of Arizona, 6001 N 24th St, Phoenix AZ 85016-2021 |
| 17110886 | + | RIVERSIDE DCSS, 2041 Iowa Ave., Riverside, CA 92507-2414 |
| 16940084 | + | Ralph Efcu, 340 Arden Avenue, Glendale CA 91203-1102 |
| 16940085 | + | Riverside County Department of Child Sup, Attn: Bankruptcy, 2041 Iowa Avenue, Riverside CA 92507-2414 |
| 16998415 | + | Snap On Credit, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 16940089 | + | Trevor Shepherd, 2565 E Diamond Cir, Mesa AZ 85204-3810 |
| 16940090 | + | Trevor Shepherd, 1863 W Mustang Blvd, Williams AZ 86046-8829 |
| 16940091 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, Attn: Bankruptcy, Po Box 1950, St Paul MN 55101 |
| 16940096 | + | Williams Justice Court, 700 W Railroad Ave, Williams AZ 86046-2402 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16940061 | + | Email/Text: G06041@att.com | Mar 18 2024 23:10:00 | AT&T DirecTV, PO Box 5014, Carol Stream IL 60197-5014 |
| 16940059 | + | Email/Text: bankruptcynotices@azdor.gov | Mar 18 2024 23:08:00 | Arizona Department of Revenue, Special Operations Section, 7th Floor, 1600 West Monroe, Phoenix AZ 85007-2612 |
| 16946866 | + | Email/Text: bankruptcynotices@azdor.gov | Mar 18 2024 23:08:00 | Arizona Department of Revenue, c/o: Tax, Bankruptcy and Collection, 2005 N Central Ave. Suite 100, Phoenix, AZ 85004-1546 |
| 16940063 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 18 2024 23:09:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington DE 19899-8801 |
| 16940064 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 18 2024 23:10:00 | California Franchise Tax Board, Bankruptcy Section, P.O. Box 2952, Sacramento CA |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 95812-2952 |
| 16940065 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2024 23:22:26 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16940068 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2024 23:09:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 16940069 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2024 23:22:27 | ConocoPhillips/Citibank, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis MO 63179-0040 |
| 16940070 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 18 2024 23:11:24 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 16940080 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2024 23:22:32 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 16944232 | | Email/Text: mrdiscen@discover.com | Mar 18 2024 23:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 16940071 | + | Email/Text: mrdiscen@discover.com | Mar 18 2024 23:08:00 | Discover Card, PO Box 45909, San Francisco CA 94145-0909 |
| 16940072 | + | Email/Text: mrdiscen@discover.com | Mar 18 2024 23:08:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 16951341 | | Email/Text: operationsclerk@easypayfinance.com | Mar 18 2024 23:08:00 | Duvera dba Easypay Finance, P.O. Box 2549, Carlsbad, CA 92018 |
| 16940073 | | Email/Text: operationsclerk@easypayfinance.com | Mar 18 2024 23:08:00 | EasyPay Finance, P.O. Box 2549, Carlsbad CA 92018 |
| 16940076 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Mar 18 2024 23:08:00 | Forward Financing LLC, 53 State St 20th Floor, Boston MA 02109-2820 |
| 16959760 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 18 2024 23:10:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 16940058 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2024 23:09:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 16940079 | ^ | MEBN | Mar 18 2024 23:00:28 | Kubota Credit Corp, USA, Attn: Bankruptcy, Po Box 2048, Grapevine TX 76099 |
| 16993096 | + | Email/Text: bankruptcy@ondeck.com | Mar 18 2024 23:10:00 | ODK Capital, LLC, 1400 Broadway, New York, NY 10018-5300 |
| 16940083 | + | Email/Text: bankruptcy@ondeck.com | Mar 18 2024 23:10:00 | On Deck Capital, 1400 Broadway, 25th Floor, New York NY 10018-5225 |
| 16993091 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2024 23:11:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16993236 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2024 23:11:25 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 16941821 | | Email/Text: bankruptcylegal@lumen.com | Mar 18 2024 23:09:00 | Qwest Corporation dba CenturyLink QC, Centurylink, Inc, 1025 El Dorado Blvd. (Attn: Legal-BKY), Broomfield, CO 80021 |
| 16940086 | | Email/Text: legalservices12@snaponcredit.com | Mar 18 2024 23:09:00 | Snap-on Credit, Attn: Bankruptcy, 950 Technology Way, Suite 301, Libertyville IL 60048 |
| 16940087 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2024 23:11:46 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16940088 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2024 23:22:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16940092 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 18 2024 23:10:00 | US Bank Business Card, PO BOX 790408, Saint Louis MO 63179-0408 |
| 16940093 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 18 2024 23:10:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati OH 45201-5229 |
| 16940094 | + | Email/Text: bkelectronicnotices@usaa.com | Mar 18 2024 23:08:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio TX 78288-0002 |
| 16940095 | | Email/Text: bankruptcynotices@vivecard.com | Mar 18 2024 23:09:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper UT 84020 |
| 16940097 | + | Email/Text: bankruptcydept@wyn.com | Mar 18 2024 23:10:00 | Wyndham Resort Development, Attn: Bankruptcy, Po Box 98940, Las Vegas NV 89193-8940 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | FOX RANCH LLC, c/o MATTHEW PHILLIP SOLAN, 501 NORTH 24TH STREET, PHOENIX, AZ 85008-6056 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BENJAMIN WRIGHT | on behalf of Debtor TODD BALLANTINE bwright@wloaz.com azbkwrightlaw@gmail.com,R46413@notify.bestcase.com |
| BENJAMIN WRIGHT | on behalf of Joint Debtor SHANTAY BALLANTINE bwright@wloaz.com azbkwrightlaw@gmail.com,R46413@notify.bestcase.com |
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| JENNIFER PURSLEY | on behalf of Creditor Snap On Credit LLC jennifer.pursley@lippmanrecupero.com |
| ROSS M MUMME | on behalf of Trustee EDWARD J. MANEY rmumme@maney13trustee.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 6

SO ORDERED.

Dated: March 18, 2024

Daniel P. Collins, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| TODD BALLANTINE, | Case No. 3:23-bk-02173-DPC |
| SHANTAY BALLANTINE, | STIPULATED ORDER CONFIRMING |
| Debtor(s). | CHAPTER 13 PLAN |

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

IT IS ORDERED confirming the Chapter 13 Plan of the Debtor as follows:

(A) INCOME SUBMITTED TO THE PLAN. Debtor shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 1 – 10 | $1,500.00 |
| 11 – 60 | $2,210.00 |

The payments are due on or before the 5th day of each month commencing May 5, 2023. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

The Debtor shall provide, directly to Trustee copies of their Federal and State income tax returns each year during the duration of the Plan, within 14 days of filing them.

Other Property. *Debtors shall turnover any net tax refunds for tax years 2023, 2024, 2025, 2026 and 2027, withing 14 days of receiving them, as supplement plan payments.*

1

In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(B) DURATION. This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

(C) CLASSIFICATION AND TREATMENT OF CLAIMS. Claims shall be classified as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) Administrative expenses: Attorney Fees.

> Benjamin J. Wright shall be allowed compensation of $5,500.00. Counsel received $1,500.00 prior to filing this case. Attorney shall be paid $4,000.00 by the Trustee from Plan proceeds for preconfirmation services.

(2) Claims Secured by Real Property:

a. None.

(3) Claims Secured by Personal Property:

a. Snap-on Credit ("Snap-on 1"), secured by tools of the trade, has filed a secured claim in the amount of $16,426.54. Snap-on 1 shall be paid its claim, in full, with 10.00% interest. Snap-on 1 has filed an objection to confirmation of Debtors' plan. Be executing below it is indicating gits objections are resolved.

b. Snap-on Credit ("Snap-on 2"), secured by tools of the trade, has filed a secured claim in the amount of $9,488.03. Snap-on 2 shall be paid its claim, in full, with 10.00% interest. Snap-on 2 has filed an objection to confirmation of Debtors' plan. Be executing below it is indicating gits objections are resolved

(4) Unsecured Priority Claims:

a. Arizona Department of Revenue ("ADOR") has filed a claim in the amount of $5,227.85, of which $4,295.10 is a priority claim. ADOR shall be paid its priority claim, in full, without interest, from plan proceeds, with the balance of its claim being treated as a general unsecured claim.

b. Franchise Tax Board ("FTB") has filed a claim in the amount of $14,009.27, of which $2,247.62 is a priority claim. FTB shall be paid

its priority claim, in full, without interest, from plan proceeds, with the balance of its claim being treated as a general unsecured claim.

    c. Riverside DCSS ("DCSS") has filed a priority claim in the amount of $69,804.81. DCSS shall be paid its priority claim, in full, without interest, from plan proceeds.

(5) Surrendered Property. Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

    a. None.

(6)    Other Provisions:

    a. None.

(7)    Unsecured Nonpriority Claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid upon completion of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. The property of the estate vests in Debtors upon confirmation, subject to the rights of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. § 1306.

**ORDER SIGNED ABOVE**

Approved as to Form and Content By:

_____       _____
Edward J. Maney, Trustee      Date

_____      2/19/24
Jennifer A. Pursley, Attorney for Snap-on 1 & 2      Date

_____      2/16/24
Benjamin J. Wright, Attorney for Debtors      Date

3

The Debtor(s) certify: All required State and Federal income tax returns have been filed. No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

*Todd Ballantine*            2-15-2024
Todd Ballantine, Debtor         Date

*Shantay Ballantine*          2-15-2024
Shantay Ballantine, Debtor     Date

4