Edward J. Maney, Trustee  
101 North First Ave., Suite 1775  
Phoenix, Arizona 85003  
Telephone (602) 277-3776  
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| In Re: | ) | CHAPTER 13 PROCEEDINGS |
|---|---|---|
| TODD BALLANTINE | ) | |
| SHANTAY BALLANTINE | ) | CASE NO. 3-23-bk-02173-DPC |
| 6469 S RISING SUN RD | ) | |
| | ) | CHAPTER 13 TRUSTEE'S REPORT |
| WILLIAMS, AZ  86046 | ) | OF ALLOWED CREDITOR CLAIMS |
| _____ | ) | |

Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice. In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Snap-On Credit LLC<br>　Attn: Bankruptcy/Recovery<br>　950 Technology Way Ste 301<br>　Libertyville, IL  60048-5339 | 04/17/2023 | $16426.64 | 10% | Secured |
| Snap-On Credit LLC<br>　Attn: Bankruptcy/Recovery<br>　950 Technology Way Ste 301<br>　Libertyville, IL  60048-5339 | 04/17/2023 | $9488.03 | 10% | Secured |
| Office of the Arizona Attorney General<br>　Tax, Bankruptcy, & Collection Section<br>　2005 N. Central Avenue, Suite 100<br>　Phoenix, AZ  85004-1592 | 05/08/2023 | $4295.10 | 0% | Priority |
| Office of the Arizona Attorney General<br>　Tax, Bankruptcy, & Collection Section<br>　2005 N. Central Avenue, Suite 100<br>　Phoenix, AZ  85004-1592 | 05/08/2023 | $932.75 | 0% | Unsecured |
| Franchise Tax Board<br>　Bankruptcy Section MS A340<br>　P.O. Box 2952<br>　Sacramento, CA  95812-5295 | 05/02/2023 | $2247.62 | 0% | Priority |
| Franchise Tax Board<br>　Bankruptcy Section MS A340<br>　P.O. Box 2952<br>　Sacramento, CA  95812-5295 | 05/02/2023 | $11761.85 | 0% | Unsecured |
| California State Disbursement Unit<br>　Attn: Dept of Child Support<br>　P.O. Box 989067<br>　West Sacramento, CA  95798- | 11/02/2023 | $69804.81 | 0% | Priority |
| Centurylink Communications-Bankruptcy<br>　220 N 5th ST<br><br>　Bismarck, ND  58501- | 04/07/2023 | $167.25 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | 04/12/2023 | $2996.58 | 0% | Unsecured |
| Duvera dba Easypay Finance<br>P.O. Box 2549<br><br>Carlsbad, CA 92018- | 04/21/2023 | $1460.00 | 0% | Unsecured |
| Clearpath Federal Credit Union<br>300 E. Magnolia Blvd, Ste 401<br><br>Burbank, CA 91052- | 04/28/2023 | $2964.01 | 0% | Unsecured |
| Clearpath Federal Credit Union<br>300 E. Magnolia Blvd, Ste 401<br><br>Burbank, CA 91052- | 04/28/2023 | $1029.45 | 0% | Unsecured |
| Fox Ranch LLC c/o Matthew Solan<br>501 North 24th Street<br><br>Phoenix, AZ 85008- | 05/18/2023 | $36095.00 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy/Recovery<br>P.O. Box 12914<br>Norfolk, VA 23541- | 06/14/2023 | $1688.45 | 0% | Unsecured |
| ODK Capital, LLC<br>Client Services Center<br>4700 W. Daybreak Pkwy., Ste. 200<br>South Jordan, UT 84009- | 06/14/2023 | $28999.80 | 0% | Unsecured |
| Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br><br>Blasdell, NY 14219- | 06/14/2023 | $250.30 | 0% | Unsecured |
| Forward Financing<br>53 State St. 20th Fl.<br><br>Boston, MA 02109- | 07/14/2023 | $10455.94 | 0% | Unsecured |
| AMR<br>P.O. Box 847199<br><br>Dallas, TX 75284- | | $0.00 | 0% | Unsecured |
| AT&T<br>BANKRUPTCY COLLECTIONS<br>P.O. BOX 8229<br>AURORA, IL 60572- | | $0.00 | 0% | Unsecured |
| Autozone, Inc.<br>AZ Commercial<br>P.O. Box 10, Dept. #9003<br>Memphis, TN 38101-0010 | | $0.00 | 0% | Unsecured |
| BARCLAYS CARD SERVICES<br>PO BOX 8801<br><br>WILMINGTON, DE 19899- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Clear Path Federal Credit Union<br>340 Arden Avenue<br><br>Glendale, CA   91203-1102 | | $0.00 | 0% | Unsecured |
| COMMENITY BANK RECOVERY DEPT.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 182125<br>COLUMBUS, OH   43218-2125 | | $0.00 | 0% | Unsecured |
| Citibank/Exxon Mobile<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>POB 790040<br>St Louis, MO   63129- | | $0.00 | 0% | Unsecured |
| Credit One Bank<br>attn: bankruptcy collections<br>P.O. Box 98873<br>Las Vegas, NV   89183- | | $0.00 | 0% | Unsecured |
| Flagstaff Medical Center<br>P.O. Box 29432<br><br>Phoenix, AZ   85038-0351 | | $0.00 | 0% | Unsecured |
| Valley Neurology<br>Attn: Bankruptcy/Recovery<br>19841 N. 27th Ave # 403<br>Phoenix, AZ   85027- | | $0.00 | 0% | Unsecured |
| Kubota Credit Corporation<br>attn: bankruptcy collections<br>P.O. Box 2313<br>Carol Stream, IL   60132-2313 | | $0.00 | 0% | Unsecured |
| Dsnb / Macys<br>P.O. Box 8218<br><br>Mason, OH   45040- | | $0.00 | 0% | Unsecured |
| Mission Linen Supply<br>Credit and Collections Dept.<br>8440 Carbide Ct.<br>Sacramento, CA   95828- | | $0.00 | 0% | Unsecured |
| National Bank of Arizona<br>Attn: Bankruptcy/Recovery<br>6001 N. 24th Street<br>Phoenix, AZ   85016- | | $0.00 | 0% | Unsecured |
| Clear Path Federal Credit Union<br>340 Arden Avenue<br><br>Glendale, CA   91203-1102 | | $0.00 | 0% | Unsecured |
| SYNCH/PLCC<br>ATTN: BANKRUPTCY<br>POB 965060<br>ORLANDO, FL   32896- | | $0.00 | 0% | Unsecured |
| TREVOR LAUREN ASH<br>THE LAW OFFICE OF TREVOR L ASH<br>11180 N. 121st Way<br>Scottsdale, AZ   85259- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| U.S. Bank National Association<br>1950 W. Watermark Drive<br><br>Chandler, AZ   85248- | | $0.00 | 0% | Unsecured |
| USAA Federal Savings Bank<br>Attn: Bankruptcy/Recovery<br>10750 McDermott Fwy<br>San Antonio, TX   78288-0596 | | $0.00 | 0% | Unsecured |
| Vivent<br>4931 N 300 W.<br><br>Provo, UT   84604- | | $0.00 | 0% | Unsecured |
| Wyndham Vacation Resorts<br>P.O. Box 89193<br><br>, NV   89198- | | $0.00 | 0% | Unsecured |
| Benjamin Joseph Wright, Esq.<br>Wright Law Offices<br>2999 N. 44th St Ste 250<br>Phoenix, AZ   85018- | | $1500.00 | 0% | Legal |
| Benjamin Joseph Wright, Esq.<br>Wright Law Offices<br>2999 N. 44th St Ste 250<br>Phoenix, AZ   85018- | | $4000.00 | 0% | Legal |

Edward J. Maney
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776   Fax (602) 277-4103
Email: office@maney13trustee.com