# Notice Recipients

District/Off: 0970–3     User: admin     Date Created: 3/25/2024
Case: 3:23–bk–02173–DPC     Form ID: pdf001     Total: 58

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | EDWARD J. MANEY | service@maney13trustee.com |
| aty | BENJAMIN WRIGHT | bwright@wloaz.com |
| aty | JENNIFER PURSLEY | jennifer.pursley@lippmanrecupero.com |
| aty | ROSS M MUMME | rmumme@maney13trustee.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | TODD BALLANTINE | 6469 S RISING SUN RD | WILLIAMS, AZ 86046 |
| jdb | SHANTAY BALLANTINE | 6469 S RISING SUN RD | WILLIAMS, AZ 86046 |
| cr | Snap On Credit, LLC | Bass & Associates, P.C. | 3936 E. Ft. Lowell Rd   Tucson, AZ 85712 |
| cr | FOX RANCH LLC | c/o MATTHEW PHILLIP SOLAN | 501 NORTH 24TH STREET   PHOENIX, AZ 85008 |
| 16940060 | AMR Global Medical Response | PO Box 8324 | Payson AZ 85541 |
| 16940061 | AT&T DirecTV | PO Box 5014 | Carol Stream IL 60197 |
| 16940059 | Arizona Department of Revenue | Special Operations Section, 7th Floor | 1600 West Monroe   Phoenix AZ 85007 |
| 16946866 | Arizona Department of Revenue | c/o: Tax, Bankruptcy and Collection | 2005 N Central Ave. Suite 100   Phoenix, AZ 85004–1592 |
| 16940062 | Autozone Inc | PO Box 791409 | Baltimore MD 21279 |
| 16940063 | Barclays Bank Delaware | Attn: Bankruptcy   Po Box 8801 | Wilmington DE 19899 |
| 16940064 | California Franchise Tax Board | Bankruptcy Section   P.O. Box 2952 | Sacramento CA 95812 |
| 16940065 | Citibank/The Home Depot | Citicorp Credit Srvs/Centralized Bk dept | Po Box 790034   St Louis MO 63179 |
| 16940066 | Clearpath Federal Credit Union | 300E Magnolia Blvd Ste 401 | Burbank CA 91502 |
| 16940067 | Clearpath Federal Cu | 340 Arden Avenue | Glendale CA 91203 |
| 16940068 | Comenity Bank/Lane Bryant | Attn: Bankruptcy   Po Box 182125 | Columbus OH 43218 |
| 16940069 | ConocoPhillips/Citibank | Citicorp Credit Services/Centralized Ban | Po Box 790040   St. Louis MO 64195 |
| 16940070 | Credit One Bank | Attn: Bankruptcy Department   Po Box 98873 | Las Vegas NV 89193 |
| 16944232 | Discover Bank | Discover Products Inc   PO Box 3025 | New Albany, OH 43054–3025 |
| 16940071 | Discover Card | PO Box 45909 | San Francisco CA 94145 |
| 16940072 | Discover Financial | Attn: Bankruptcy   Po Box 3025 | New Albany OH 43054 |
| 16951341 | Duvera dba Easypay Finance | P.O. Box 2549 | Carlsbad, CA 92018 |
| 16940073 | EasyPay Finance | P.O. Box 2549 | Carlsbad CA 92018 |
| 16940074 | Flagstaff Medical Center | P.O. Box 29432 | Phoenix AZ 85038 |
| 16940075 | Flagstaff Neurosurgery | Attn # 24561K   PO BOX 14000 | Belfast ME 04915 |
| 16940076 | Forward Financing LLC | 53 State St 20th Floor | Boston MA 02109 |
| 16940077 | Fox Ranch LLC | c/o Matthew Phillip Solan   501 North 24th St | Phoenix AZ 85008 |
| 16959760 | Franchise Tax Board | PO Box 2952 | Sacramento, CA 95812 |
| 16940078 | Home Depot | PO Box 78011 | Benson AZ 85602 |
| 16940058 | Internal Revenue Service | Centralized Insolvency Operations | PO Box 7346   Philadelphia PA 19101 |
| 16940079 | Kubota Credit Corp, USA | Attn: Bankruptcy   Po Box 2048 | Grapevine TX 76099 |
| 16940080 | Macys/fdsb | Attn: Bankruptcy   9111 Duke Boulevard | Mason OH 45040 |
| 16940081 | Mission Linen Supply | 2450 E Huntington Dr. | Flagstaff AZ 86004 |
| 16940082 | National Bank of Arizona | 6001 N 24th St | Phoenix AZ 85016 |
| 16993096 | ODK Capital, LLC | 1400 Broadway | New York, NY 10118 |
| 16940083 | On Deck Capital | 1400 Broadway, 25th Floor | New York NY 10018 |
| 16993236 | Pinnacle Service Solutions LLC | 4408 Milestrip Rd #247 | Blasdell, NY 14219 |
| 16993091 | Portfolio Recovery Associates, LLC | POB 12914 | Norfolk VA 23541 |
| 16941821 | Qwest Corporation dba CenturyLink QC | Centurylink, Inc | 1025 El Dorado Blvd. (Attn: Legal–BKY)   Broomfield, CO 80021 |
| 17110886 | RIVERSIDE DCSS | 2041 Iowa Ave. | Riverside, CA 92507 |
| 16940084 | Ralph Efcu | 340 Arden Avenue | Glendale CA 91203 |
| 16940085 | Riverside County Department of Child Sup | Attn: Bankruptcy   2041 Iowa Avenue | Riverside CA 92507 |
| 16998415 | Snap On Credit, LLC | Bass & Associates, P.C.   3936 E. Ft. Lowell Rd., Suite 200 | Tucson, AZ 85712 |
| 16940086 | Snap–on Credit | Attn: Bankruptcy   950 Technology Way, Suite 301 | Libertyville IL 60048 |
| 16940087 | Synchrony Bank/JCPenney | Attn: Bankruptcy   Po Box 965060 | Orlando FL 32896 |
| 16940088 | Synchrony Bank/Lowes | Attn: Bankruptcy   Po Box 965060 | Orlando FL 32896 |
| 16940090 | Trevor Shepherd | 1863 W Mustang Blvd | Williams AZ 86046 |
| 16940089 | Trevor Shepherd | 2565 E Diamond Cir | Mesa AZ 85204 |
| 16940091 | US Bank | Attn: Bankruptcy   Po Box 1950 | St Paul MN 55101 |
| 16940092 | US Bank Business Card | PO BOX 790408 | Saint Louis MO 63179 |
| 16940093 | US Bank/RMS | Attn: Bankruptcy   Po Box 5229 | Cincinnati OH 45201 |

| | | | | |
|---|---|---|---|---|
| 16940094 | USAA Federal Savings Bank | Attn: Bankruptcy | 9800 Fredericksburg Road | San Antonio TX 78288 |
| 16940095 | Vive Financial | Attn: Bankruptcy | 380 Data Drive, Suite 200 | Draper UT 84020 |
| 16940096 | Williams Justice Court | 700 W Railroad Ave | Williams AZ 86046 | |
| 16940097 | Wyndham Resort Development | Attn: Bankruptcy | Po Box 98940 | Las Vegas NV 89193 |

TOTAL: 54