In re:   Case No. 23-02173-DPC
TODD BALLANTINE   Chapter 13
SHANTAY BALLANTINE
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-3     User: admin     Page 1 of 3
Date Rcvd: Mar 25, 2024     Form ID: pdf001     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | TODD BALLANTINE, 6469 S RISING SUN RD, WILLIAMS, AZ 86046-7655 |
| jdb | +++ | SHANTAY BALLANTINE, 6469 S RISING SUN RD, WILLIAMS, AZ 86046-7655 |
| cr | + | Snap On Credit, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Tucson, AZ 85712-1097 |
| 16940060 | | AMR Global Medical Response, PO Box 8324, Payson AZ 85541 |
| 16940062 | + | Autozone Inc, PO Box 791409, Baltimore MD 21279-1409 |
| 16940066 | + | Clearpath Federal Credit Union, 300E Magnolia Blvd Ste 401, Burbank CA 91502-3238 |
| 16940067 | #+ | Clearpath Federal Cu, 340 Arden Avenue, Glendale CA 91203-1102 |
| 16940074 | + | Flagstaff Medical Center, P.O. Box 29432, Phoenix AZ 85038-9432 |
| 16940075 | + | Flagstaff Neurosurgery, Attn # 24561K, PO BOX 14000, Belfast ME 04915-4033 |
| 16940077 | + | Fox Ranch LLC, c/o Matthew Phillip Solan, 501 North 24th St, Phoenix AZ 85008-6056 |
| 16940078 | | Home Depot, PO Box 78011, Benson AZ 85602 |
| 16940081 | + | Mission Linen Supply, 2450 E Huntington Dr., Flagstaff AZ 86004-8902 |
| 16940082 | + | National Bank of Arizona, 6001 N 24th St, Phoenix AZ 85016-2021 |
| 17110886 | + | RIVERSIDE DCSS, 2041 Iowa Ave., Riverside, CA 92507-2414 |
| 16940084 | + | Ralph Efcu, 340 Arden Avenue, Glendale CA 91203-1102 |
| 16940085 | + | Riverside County Department of Child Sup, Attn: Bankruptcy, 2041 Iowa Avenue, Riverside CA 92507-2414 |
| 16998415 | + | Snap On Credit, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 16940089 | + | Trevor Shepherd, 2565 E Diamond Cir, Mesa AZ 85204-3810 |
| 16940090 | + | Trevor Shepherd, 1863 W Mustang Blvd, Williams AZ 86046-8829 |
| 16940091 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, Attn: Bankruptcy, Po Box 1950, St Paul MN 55101 |
| 16940096 | + | Williams Justice Court, 700 W Railroad Ave, Williams AZ 86046-2402 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16940061 | + | Email/Text: G06041@att.com | Mar 25 2024 23:27:00 | AT&T DirecTV, PO Box 5014, Carol Stream IL 60197-5014 |
| 16940059 | + | Email/Text: bankruptcynotices@azdor.gov | Mar 25 2024 23:25:00 | Arizona Department of Revenue, Special Operations Section, 7th Floor, 1600 West Monroe, Phoenix AZ 85007-2612 |
| 16946866 | + | Email/Text: bankruptcynotices@azdor.gov | Mar 25 2024 23:25:00 | Arizona Department of Revenue, c/o: Tax, Bankruptcy and Collection, 2005 N Central Ave. Suite 100, Phoenix, AZ 85004-1546 |
| 16940063 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 25 2024 23:26:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington DE 19899-8801 |

| | | | | |
|---|---|---|---|---|
| 16940064 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 25 2024 23:28:00 | California Franchise Tax Board, Bankruptcy Section, P.O. Box 2952, Sacramento CA 95812-2952 |
| 16940065 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2024 23:48:43 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16940068 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 25 2024 23:26:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 16940069 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2024 23:47:30 | ConocoPhillips/Citibank, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis MO 63179-0040 |
| 16940070 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 25 2024 23:47:59 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 16940080 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2024 00:12:32 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 16944232 | | Email/Text: mrdiscen@discover.com | Mar 25 2024 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 16940071 | + | Email/Text: mrdiscen@discover.com | Mar 25 2024 23:25:00 | Discover Card, PO Box 45909, San Francisco CA 94145-0909 |
| 16940072 | + | Email/Text: mrdiscen@discover.com | Mar 25 2024 23:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 16951341 | | Email/Text: operationsclerk@easypayfinance.com | Mar 25 2024 23:25:00 | Duvera dba Easypay Finance, P.O. Box 2549, Carlsbad, CA 92018 |
| 16940073 | | Email/Text: operationsclerk@easypayfinance.com | Mar 25 2024 23:25:00 | EasyPay Finance, P.O. Box 2549, Carlsbad CA 92018 |
| 16940076 | + | Email/Text: bankruptcyalerts@forwardfinancing.com | Mar 25 2024 23:25:00 | Forward Financing LLC, 53 State St 20th Floor, Boston MA 02109-2820 |
| 16959760 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Mar 25 2024 23:28:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 16940058 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2024 23:26:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 16940079 | ^ | MEBN | Mar 25 2024 23:22:38 | Kubota Credit Corp, USA, Attn: Bankruptcy, Po Box 2048, Grapevine TX 76099 |
| 16993096 | + | Email/Text: bankruptcy@ondeck.com | Mar 25 2024 23:28:00 | ODK Capital, LLC, 1400 Broadway, New York, NY 10018-5300 |
| 16940083 | + | Email/Text: bankruptcy@ondeck.com | Mar 25 2024 23:28:00 | On Deck Capital, 1400 Broadway, 25th Floor, New York NY 10018-5225 |
| 16993091 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 25 2024 23:48:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16993236 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2024 23:47:33 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 16941821 | | Email/Text: bankruptcylegal@lumen.com | Mar 25 2024 23:26:00 | Qwest Corporation dba CenturyLink QC, Centurylink, Inc, 1025 El Dorado Blvd. (Attn: Legal-BKY), Broomfield, CO 80021 |
| 16940086 | | Email/Text: legalservices12@snaponcredit.com | Mar 25 2024 23:26:00 | Snap-on Credit, Attn: Bankruptcy, 950 Technology Way, Suite 301, Libertyville IL 60048 |
| 16940087 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2024 00:01:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16940088 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2024 00:12:28 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16940092 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 25 2024 23:27:00 | US Bank Business Card, PO BOX 790408, Saint |

| | | | | |
| --- | --- | --- | --- | --- |
| 16940093 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | Louis MO 63179-0408 |
| | | | Mar 25 2024 23:27:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati OH 45201-5229 |
| 16940094 | + | Email/Text: bkelectronicnotices@usaa.com | Mar 25 2024 23:25:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio TX 78288-0002 |
| 16940095 | | Email/Text: bankruptcynotices@vivecard.com | Mar 25 2024 23:25:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper UT 84020 |
| 16940097 | + | Email/Text: bankruptcydept@wyn.com | Mar 25 2024 23:27:00 | Wyndham Resort Development, Attn: Bankruptcy, Po Box 98940, Las Vegas NV 89193-8940 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | FOX RANCH LLC, c/o MATTHEW PHILLIP SOLAN, 501 NORTH 24TH STREET, PHOENIX, AZ 85008-6056 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 27, 2024 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BENJAMIN WRIGHT | on behalf of Debtor TODD BALLANTINE bwright@wloaz.com azbkwrightlaw@gmail.com,R46413@notify.bestcase.com |
| BENJAMIN WRIGHT | on behalf of Joint Debtor SHANTAY BALLANTINE bwright@wloaz.com azbkwrightlaw@gmail.com,R46413@notify.bestcase.com |
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| JENNIFER PURSLEY | on behalf of Creditor Snap On Credit LLC jennifer.pursley@lippmanrecupero.com |
| ROSS M MUMME | on behalf of Trustee EDWARD J. MANEY rmumme@maney13trustee.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 6

Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| In Re: | ) | CHAPTER 13 PROCEEDINGS |
|---|---|---|
| TODD BALLANTINE | ) | |
| SHANTAY BALLANTINE | ) | CASE NO. 3-23-bk-02173-DPC |
| 6469 S RISING SUN RD | ) | |
|  | ) | CHAPTER 13 TRUSTEE'S REPORT |
| WILLIAMS, AZ  86046 | ) | OF ALLOWED CREDITOR CLAIMS |
| _____ | ) | |

Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice. In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Snap-On Credit LLC<br>    Attn: Bankruptcy/Recovery<br>    950 Technology Way Ste 301<br>    Libertyville, IL   60048-5339 | 04/17/2023 | $16426.64 | 10% | Secured |
| Snap-On Credit LLC<br>    Attn: Bankruptcy/Recovery<br>    950 Technology Way Ste 301<br>    Libertyville, IL   60048-5339 | 04/17/2023 | $9488.03 | 10% | Secured |
| Office of the Arizona Attorney General<br>    Tax, Bankruptcy, & Collection Section<br>    2005 N. Central Avenue, Suite 100<br>    Phoenix, AZ   85004-1592 | 05/08/2023 | $4295.10 | 0% | Priority |
| Office of the Arizona Attorney General<br>    Tax, Bankruptcy, & Collection Section<br>    2005 N. Central Avenue, Suite 100<br>    Phoenix, AZ   85004-1592 | 05/08/2023 | $932.75 | 0% | Unsecured |
| Franchise Tax Board<br>    Bankruptcy Section MS A340<br>    P.O. Box 2952<br>    Sacramento, CA   95812-5295 | 05/02/2023 | $2247.62 | 0% | Priority |
| Franchise Tax Board<br>    Bankruptcy Section MS A340<br>    P.O. Box 2952<br>    Sacramento, CA   95812-5295 | 05/02/2023 | $11761.85 | 0% | Unsecured |
| California State Disbursement Unit<br>    Attn: Dept of Child Support<br>    P.O. Box 989067<br>    West Sacramento, CA   95798- | 11/02/2023 | $69804.81 | 0% | Priority |
| Centurylink Communications-Bankruptcy<br>    220 N 5th ST<br><br>    Bismarck, ND   58501- | 04/07/2023 | $167.25 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH   43054-3025 | 04/12/2023 | $2996.58 | 0% | Unsecured |
| Duvera dba Easypay Finance<br>P.O. Box 2549<br><br>Carlsbad, CA   92018- | 04/21/2023 | $1460.00 | 0% | Unsecured |
| Clearpath Federal Credit Union<br>300 E. Magnolia Blvd, Ste 401<br><br>Burbank, CA   91052- | 04/28/2023 | $2964.01 | 0% | Unsecured |
| Clearpath Federal Credit Union<br>300 E. Magnolia Blvd, Ste 401<br><br>Burbank, CA   91052- | 04/28/2023 | $1029.45 | 0% | Unsecured |
| Fox Ranch LLC c/o Matthew Solan<br>501 North 24th Street<br><br>Phoenix, AZ   85008- | 05/18/2023 | $36095.00 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy/Recovery<br>P.O. Box 12914<br>Norfolk, VA   23541- | 06/14/2023 | $1688.45 | 0% | Unsecured |
| ODK Capital, LLC<br>Client Services Center<br>4700 W. Daybreak Pkwy., Ste. 200<br>South Jordan, UT   84009- | 06/14/2023 | $28999.80 | 0% | Unsecured |
| Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br><br>Blasdell, NY   14219- | 06/14/2023 | $250.30 | 0% | Unsecured |
| Forward Financing<br>53 State St. 20th Fl.<br><br>Boston, MA   02109- | 07/14/2023 | $10455.94 | 0% | Unsecured |
| AMR<br>P.O. Box 847199<br><br>Dallas, TX   75284- | | $0.00 | 0% | Unsecured |
| AT&T<br>BANKRUPTCY COLLECTIONS<br>P.O. BOX 8229<br>AURORA, IL   60572- | | $0.00 | 0% | Unsecured |
| Autozone, Inc.<br>AZ Commercial<br>P.O. Box 10, Dept. #9003<br>Memphis, TN   38101-0010 | | $0.00 | 0% | Unsecured |
| BARCLAYS CARD SERVICES<br>PO BOX 8801<br><br>WILMINGTON, DE   19899- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Clear Path Federal Credit Union<br>340 Arden Avenue<br><br>Glendale, CA  91203-1102 | | $0.00 | 0% | Unsecured |
| COMMENITY BANK RECOVERY DEPT.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 182125<br>COLUMBUS, OH  43218-2125 | | $0.00 | 0% | Unsecured |
| Citibank/Exxon Mobile<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>POB 790040<br>St Louis, MO  63129- | | $0.00 | 0% | Unsecured |
| Credit One Bank<br>attn: bankruptcy collections<br>P.O. Box 98873<br>Las Vegas, NV  89183- | | $0.00 | 0% | Unsecured |
| Flagstaff Medical Center<br>P.O. Box 29432<br><br>Phoenix, AZ  85038-0351 | | $0.00 | 0% | Unsecured |
| Valley Neurology<br>Attn: Bankruptcy/Recovery<br>19841 N. 27th Ave # 403<br>Phoenix, AZ  85027- | | $0.00 | 0% | Unsecured |
| Kubota Credit Corporation<br>attn: bankruptcy collections<br>P.O. Box 2313<br>Carol Stream, IL  60132-2313 | | $0.00 | 0% | Unsecured |
| Dsnb / Macys<br>P.O. Box 8218<br><br>Mason, OH  45040- | | $0.00 | 0% | Unsecured |
| Mission Linen Supply<br>Credit and Collections Dept.<br>8440 Carbide Ct.<br>Sacramento, CA  95828- | | $0.00 | 0% | Unsecured |
| National Bank of Arizona<br>Attn: Bankruptcy/Recovery<br>6001 N. 24th Street<br>Phoenix, AZ  85016- | | $0.00 | 0% | Unsecured |
| Clear Path Federal Credit Union<br>340 Arden Avenue<br><br>Glendale, CA  91203-1102 | | $0.00 | 0% | Unsecured |
| SYNCH/PLCC<br>ATTN: BANKRUPTCY<br>POB 965060<br>ORLANDO, FL  32896- | | $0.00 | 0% | Unsecured |
| TREVOR LAUREN ASH<br>THE LAW OFFICE OF TREVOR L ASH<br>11180 N. 121st Way<br>Scottsdale, AZ  85259- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| U.S. Bank National Association<br>    1950 W. Watermark Drive<br>    Chandler, AZ   85248- | | $0.00 | 0% | Unsecured |
| USAA Federal Savings Bank<br>    Attn: Bankruptcy/Recovery<br>    10750 McDermott Fwy<br>    San Antonio, TX   78288-0596 | | $0.00 | 0% | Unsecured |
| Vivent<br>    4931 N 300 W.<br>    Provo, UT   84604- | | $0.00 | 0% | Unsecured |
| Wyndham Vacation Resorts<br>    P.O. Box 89193<br>    , NV   89198- | | $0.00 | 0% | Unsecured |
| Benjamin Joseph Wright, Esq.<br>    Wright Law Offices<br>    2999 N. 44th St Ste 250<br>    Phoenix, AZ   85018- | | $1500.00 | 0% | Legal |
| Benjamin Joseph Wright, Esq.<br>    Wright Law Offices<br>    2999 N. 44th St Ste 250<br>    Phoenix, AZ   85018- | | $4000.00 | 0% | Legal |

*Edward J. Maney, Esq.*
Digitally signed by Edward J. Maney, Esq.
Date: 2024.03.25 10:45:20 -07'00'

Edward J. Maney
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776   Fax (602) 277-4103
Email: office@maney13trustee.com