SO ORDERED.

Dated: May 22, 2024

Daniel P. Collins, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| TODD BALLANTINE | Case No. 3:23-bk-02173-DPC |
| SHANTAY BALLANTINE | ORDER ON TRUSTEE'S OBJECTION TO CLAIM NO: 014 |
| Debtor(s) | DKT #60   DATE: 03/20/2024 |

Edward J. Maney, the Trustee of the above-captioned estate, having objected to the referenced claim; and after due notice by mail to the claimant, and the claimant having failed to respond, or after a hearing on the claimant's response, and good cause appearing:

IT IS ORDERED THAT:

The Trustee's objection is sustained and the following claim is disallowed:

No:      014
Name:    Forward Financing
Address: 53 State St. 20th Fl.

         Boston,MA 02109-
Acct No:

**ORDER SIGNED AND DATED ABOVE**