Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| TODD BALLANTINE | Case No. 3:23-bk-02173-DPC |
| SHANTAY BALLANTINE | TRUSTEE'S MOTION TO DISMISS |
| Debtor(s) | |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan.  Plan payments are 4+ months delinquent and no showing has been made of any just cause for the default.

Total delinquency as of this date: $9,740.00

The next scheduled payment is due: 8/5/2024

**Debtors is required to pay no less than $11,950.00 by August 9, 2024 to avoid dismissal of this case.**

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by August 9, 2024.

2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.

3. The debtor(s) file an Amended or Modified Plan including a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

1   Dated: See Electronic Signature

2                                                    EDWARD J. MANEY
                                                     CHAPTER 13 TRUSTEE
3

4                                          By:_____

5                                                 Edward J. Maney ABN 12256
                                                  Chapter 13 Trustee
6                                                 101 North First Avenue, Suite 1775
                                                  Phoenix, AZ 85003
7                                                 (602) 277-3776
                                                  ejm@maney13trustee.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    CERTIFICATE OF MAILING FOR CASE NO. 3:23-02173-DPC

2    Copies of the foregoing mailed (see electronic signature below) to the following:

3

4    Attorney for Debtor (s):

5    Benjamin Joseph Wright, Esq.
     Wright Law Offices

6    2999 N. 44th St Ste 250
     Phoenix, AZ 85018-

7

8    Debtor (s):
     TODD BALLANTINE

9    6469 S RISING SUN RD
     WILLIAMS, AZ. 86046

10

11   SHANTAY BALLANTINE
     6469 S RISING SUN RD

12   WILLIAMS, AZ 86046

13

14

15

16

17   By:_____
         Trustee's Clerk

18

19

20

21

22

23

24

25

26

27

28