# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−3 | User: admin | Date Created: 7/10/2024 |
| Case: 3:23−bk−02173−DPC | Form ID: pdf011 | Total: 21 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | EDWARD J. MANEY | service@maney13trustee.com |
| aty | BENJAMIN WRIGHT | bwright@wloaz.com |
| aty | JENNIFER PURSLEY | jennifer.pursley@lippmanrecupero.com |
| aty | ROSS M MUMME | rmumme@maney13trustee.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | TODD BALLANTINE | 6469 S RISING SUN RD    WILLIAMS, AZ 86046 |
| jdb | SHANTAY BALLANTINE | 6469 S RISING SUN RD    WILLIAMS, AZ 86046 |
| cr | Snap On Credit, LLC | Bass & Associates, P.C.    3936 E. Ft. Lowell Rd    Tucson, AZ 85712 |
| cr | FOX RANCH LLC | c/o MATTHEW PHILLIP SOLAN    501 NORTH 24TH STREET    PHOENIX, AZ 85008 |
| 16946866 | Arizona Department of Revenue | c/o: Tax, Bankruptcy and Collection    2005 N Central Ave. Suite 100    Phoenix, AZ 85004−1592 |
| 16940066 | Clearpath Federal Credit Union | 300E Magnolia Blvd Ste 401    Burbank CA 91502 |
| 16944232 | Discover Bank | Discover Products Inc    PO Box 3025    New Albany, OH 43054−3025 |
| 16951341 | Duvera dba Easypay Finance | P.O. Box 2549    Carlsbad, CA 92018 |
| 16940076 | Forward Financing LLC | 53 State St 20th Floor    Boston MA 02109 |
| 16940077 | Fox Ranch LLC | c/o Matthew Phillip Solan    501 North 24th St    Phoenix AZ 85008 |
| 16959760 | Franchise Tax Board | PO Box 2952    Sacramento, CA 95812 |
| 16993096 | ODK Capital, LLC | 1400 Broadway    New York, NY 10118 |
| 16993236 | Pinnacle Service Solutions LLC | 4408 Milestrip Rd #247    Blasdell, NY 14219 |
| 16993091 | Portfolio Recovery Associates, LLC | POB 12914    Norfolk VA 23541 |
| 16941821 | Qwest Corporation dba CenturyLink QC | Centurylink, Inc    1025 El Dorado Blvd. (Attn: Legal−BKY)    Broomfield, CO 80021 |
| 17110886 | RIVERSIDE DCSS | 2041 Iowa Ave.    Riverside, CA 92507 |
| 16940086 | Snap−on Credit | Attn: Bankruptcy    950 Technology Way, Suite 301    Libertyville IL 60048 |

TOTAL: 17