Benjamin Wright #027003
Wright Law Offices
2999 N. 44th Street, Ste 250
Phoenix, AZ 85018
602-344-9695
480-717-3380 (fax)
bwright@wloaz.com
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>TODD BALLANTINE,<br><br>SHANTAY BALLANTINE,<br><br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No. 3:23-bk-02173-DPC<br><br><br>OBJECTION TO TRUSTEE'S MOTION TO DISMISS |

Debtors, Todd Ballantine and Shantay Ballantine, by and through undersigned counsel, hereby objects to the Motion to Dismiss filed by Edward J. Maney, Chapter 13 Trustee, hereinafter Trustee, and states as follows:

1. Trustee filed a motion to dismiss Debtors' case on July 10, 2024;
2. The basis for the dismissal request is delinquent plan payments.
3. Debtors will bring plan payments to current within 30 days.

Therefore, Debtors move this Court for an Order:

A. Denying Trustee's Motion to Dismiss; and
B. Granting such other relief as the Court deems appropriate.

August 8, 2024                                    /s/Benjamin Wright
Date                                              Benjamin Wright, Attorney for Debtors

1

Original filed and copies of the foregoing mailed/emailed on the 8th day of August, 2024, to:

U.S. Trustee
Office of the U.S. Trustee
230 N First Ave., Suite 204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, AZ 85003

Snap On Credit, LLC
c/o JENNIFER PURSLEY
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite #200
Tucson, AZ 85712

FOX RANCH LLC
c/o MATTHEW PHILLIP SOLAN
501 NORTH 24TH STREET
PHOENIX, AZ 85008

/s/Alexis Killian