Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| TODD BALLANTINE | Case No. 3:23-bk-02173-DPC |
| SHANTAY BALLANTINE | TRUSTEE'S MOTION TO DISMISS |
| Debtor(s) | |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 3+ months delinquent and no showing has been made of any just cause for the default.

Total delinquency as of this date: $8,659.00

The next scheduled payment is due: 12/5/2024

**Debtors is required to pay no less than $10,869.00 by 12/19/2024 to avoid dismissal of this case.**

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by 12/19/2024.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file an Amended or Modified Plan including a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

                                        EDWARD J. MANEY
                                        CHAPTER 13 TRUSTEE

By: _____
      Edward J. Maney ABN 12256
      Chapter 13 Trustee
      101 North First Avenue, Suite 1775
      Phoenix, AZ 85003
      (602) 277-3776
      ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 3:23-02173-DPC

Copies of the foregoing mailed (see electronic signature below) to the following:

Attorney for Debtor (s):
Benjamin Joseph Wright, Esq.
Wright Law Offices
2999 N. 44th St Ste 250
Phoenix, AZ 85018-

Debtor (s):
TODD BALLANTINE
6469 S RISING SUN RD
WILLIAMS, AZ. 86046

SHANTAY BALLANTINE
6469 S RISING SUN RD
WILLIAMS, AZ 86046

By:_____
    Trustee's Clerk