# Notice Recipients

District/Off: 0970−3     User: admin     Date Created: 1/14/2025
Case: 3:23−bk−02173−DPC     Form ID: vanodc     Total: 59

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | BENJAMIN WRIGHT | bwright@wloaz.com |
| aty | JENNIFER PURSLEY | jpursley@bass−associates.com |
| aty | ROSS M MUMME | rmumme@maney13trustee.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | TODD BALLANTINE | 6469 S RISING SUN RD, WILLIAMS, AZ 86046 |
| jdb | SHANTAY BALLANTINE | 6469 S RISING SUN RD, WILLIAMS, AZ 86046 |
| tr | EDWARD J. MANEY | 101 N. FIRST AVE., SUITE 1775, PHOENIX, AZ 85003 |
| cr | Snap On Credit, LLC | Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Tucson, AZ 85712 |
| cr | FOX RANCH LLC | c/o MATTHEW PHILLIP SOLAN, 501 NORTH 24TH STREET, PHOENIX, AZ 85008 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007−2650 |
| 16940060 | AMR Global Medical Response | PO Box 8324, Payson AZ 85541 |
| 16940061 | AT&T DirecTV | PO Box 5014, Carol Stream IL 60197 |
| 16940059 | Arizona Department of Revenue | Special Operations Section, 7th Floor, 1600 West Monroe, Phoenix AZ 85007 |
| 16946866 | Arizona Department of Revenue | c/o: Tax, Bankruptcy and Collection, 2005 N Central Ave. Suite 100, Phoenix, AZ 85004−1592 |
| 16940062 | Autozone Inc | PO Box 791409, Baltimore MD 21279 |
| 16940063 | Barclays Bank Delaware | Attn: Bankruptcy, Po Box 8801, Wilmington DE 19899 |
| 16940064 | California Franchise Tax Board | Bankruptcy Section, P.O. Box 2952, Sacramento CA 95812 |
| 16940065 | Citibank/The Home Depot | Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179 |
| 16940066 | Clearpath Federal Credit Union | 300E Magnolia Blvd Ste 401, Burbank CA 91502 |
| 16940067 | Clearpath Federal Cu | 340 Arden Avenue, Glendale CA 91203 |
| 16940068 | Comenity Bank/Lane Bryant | Attn: Bankruptcy, Po Box 182125, Columbus OH 43218 |
| 16940069 | ConocoPhillips/Citibank | Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis MO 64195 |
| 16940070 | Credit One Bank | Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193 |
| 16944232 | Discover Bank | Discover Products Inc, PO Box 3025, New Albany, OH 43054−3025 |
| 16940071 | Discover Card | PO Box 45909, San Francisco CA 94145 |
| 16940072 | Discover Financial | Attn: Bankruptcy, Po Box 3025, New Albany OH 43054 |
| 16951341 | Duvera dba Easypay Finance | P.O. Box 2549, Carlsbad, CA 92018 |
| 16940073 | EasyPay Finance | P.O. Box 2549, Carlsbad CA 92018 |
| 16940074 | Flagstaff Medical Center | P.O. Box 29432, Phoenix AZ 85038 |
| 16940075 | Flagstaff Neurosurgery | Attn # 24561K, PO BOX 14000, Belfast ME 04915 |
| 16940076 | Forward Financing LLC | 53 State St 20th Floor, Boston MA 02109 |
| 16940077 | Fox Ranch LLC | c/o Matthew Phillip Solan, 501 North 24th St, Phoenix AZ 85008 |
| 16959760 | Franchise Tax Board | PO Box 2952, Sacramento, CA 95812 |
| 16940078 | Home Depot | PO Box 78011, Benson AZ 85602 |
| 16940058 | Internal Revenue Service | Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101 |
| 16940079 | Kubota Credit Corp, USA | Attn: Bankruptcy, Po Box 2048, Grapevine TX 76099 |
| 16940080 | Macys/fdsb | Attn: Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 16940081 | Mission Linen Supply | 2450 E Huntington Dr., Flagstaff AZ 86004 |
| 16940082 | National Bank of Arizona | 6001 N 24th St, Phoenix AZ 85016 |
| 16993096 | ODK Capital, LLC | 1400 Broadway, New York, NY 10118 |
| 16940083 | On Deck Capital | 1400 Broadway, 25th Floor, New York NY 10018 |
| 16993236 | Pinnacle Service Solutions LLC | 4408 Milestrip Rd #247, Blasdell, NY 14219 |
| 16993091 | Portfolio Recovery Associates, LLC | POB 12914, Norfolk VA 23541 |
| 16941821 | Qwest Corporation dba CenturyLink QC | Centurylink, Inc, 1025 El Dorado Blvd. (Attn: Legal−BKY), Broomfield, CO 80021 |
| 17110886 | RIVERSIDE DCSS | 2041 Iowa Ave., Riverside, CA 92507 |
| 16940084 | Ralph Efcu | 340 Arden Avenue, Glendale CA 91203 |
| 16940085 | Riverside County Department of Child Sup | Attn: Bankruptcy, 2041 Iowa Avenue, Riverside CA 92507 |
| 16998415 | Snap On Credit, LLC | Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712 |
| 16940086 | Snap−on Credit | Attn: Bankruptcy, 950 Technology Way, Suite 301, Libertyville IL 60048 |
| 16940087 | Synchrony Bank/JCPenney | Attn: Bankruptcy, Po Box 965060, Orlando FL 32896 |
| 16940088 | Synchrony Bank/Lowes | Attn: Bankruptcy, Po Box 965060, Orlando FL 32896 |
| 16940090 | Trevor Shepherd | 1863 W Mustang Blvd, Williams AZ 86046 |
| 16940089 | Trevor Shepherd | 2565 E Diamond Cir, Mesa AZ 85204 |
| 16940091 | US Bank | Attn: Bankruptcy, Po Box 1950, St Paul MN 55101 |
| 16940092 | US Bank Business Card | PO BOX 790408, Saint Louis MO 63179 |

| | | | | |
|---|---|---|---|---|
| 16940093 | US Bank/RMS | Attn: Bankruptcy | Po Box 5229 | Cincinnati OH 45201 |
| 16940094 | USAA Federal Savings Bank | Attn: Bankruptcy | 9800 Fredericksburg Road | San Antonio TX 78288 |
| 16940095 | Vive Financial | Attn: Bankruptcy | 380 Data Drive, Suite 200 | Draper UT 84020 |
| 16940096 | Williams Justice Court | 700 W Railroad Ave | Williams AZ 86046 | |
| 16940097 | Wyndham Resort Development | Attn: Bankruptcy | Po Box 98940 | Las Vegas NV 89193 |

TOTAL: 56