United States Bankruptcy Court
District of Arizona

| | |
|---|---|
| In re: | Case No. 23-02173-DPC |
| TODD BALLANTINE | Chapter 13 |
| SHANTAY BALLANTINE | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 14, 2025 | Form ID: vanodc | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | TODD BALLANTINE, 6469 S RISING SUN RD, WILLIAMS, AZ 86046-7655 |
| jdb | +++ | SHANTAY BALLANTINE, 6469 S RISING SUN RD, WILLIAMS, AZ 86046-7655 |
| cr | + | Snap On Credit, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd, Tucson, AZ 85712-1097 |
| 16940060 | | AMR Global Medical Response, PO Box 8324, Payson AZ 85541 |
| 16940062 | + | Autozone Inc, PO Box 791409, Baltimore MD 21279-1409 |
| 16940066 | + | Clearpath Federal Credit Union, 300E Magnolia Blvd Ste 401, Burbank CA 91502-3238 |
| 16940067 | #+ | Clearpath Federal Cu, 340 Arden Avenue, Glendale CA 91203-1102 |
| 16940074 | + | Flagstaff Medical Center, P.O. Box 29432, Phoenix AZ 85038-9432 |
| 16940075 | + | Flagstaff Neurosurgery, Attn # 24561K, PO BOX 14000, Belfast ME 04915-4033 |
| 16940076 | + | Forward Financing LLC, 53 State St 20th Floor, Boston MA 02109-2820 |
| 16940077 | + | Fox Ranch LLC, c/o Matthew Phillip Solan, 501 North 24th St, Phoenix AZ 85008-6056 |
| 16940078 | | Home Depot, PO Box 78011, Benson AZ 85602 |
| 16940081 | + | Mission Linen Supply, 2450 E Huntington Dr., Flagstaff AZ 86004-8902 |
| 16940082 | + | National Bank of Arizona, 6001 N 24th St, Phoenix AZ 85016-2021 |
| 17110886 | + | RIVERSIDE DCSS, 2041 Iowa Ave., Riverside, CA 92507-2414 |
| 16940084 | + | Ralph Efcu, 340 Arden Avenue, Glendale CA 91203-1102 |
| 16998415 | + | Snap On Credit, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 16940089 | + | Trevor Shepherd, 2565 E Diamond Cir, Mesa AZ 85204-3810 |
| 16940090 | + | Trevor Shepherd, 1863 W Mustang Blvd, Williams AZ 86046-8829 |
| 16940091 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, Attn: Bankruptcy, Po Box 1950, St Paul MN 55101 |
| 16940096 | + | Williams Justice Court, 700 W Railroad Ave, Williams AZ 86046-2402 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: docs@maney13trustee.com | Jan 14 2025 22:52:00 | EDWARD J. MANEY, 101 N. FIRST AVE., SUITE 1775, PHOENIX, AZ 85003-1927 |
| smg | | EDI: AZDEPREV.COM | Jan 15 2025 03:30:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16940061 | + | EDI: DIRECTV.COM | Jan 15 2025 03:30:00 | AT&T DirecTV, PO Box 5014, Carol Stream IL 60197-5014 |
| 16940059 | + | EDI: AZDEPREV.COM | Jan 15 2025 03:30:00 | Arizona Department of Revenue, Special Operations Section, 7th Floor, 1600 West Monroe, Phoenix AZ 85007-2612 |

| | | | | |
|---|---|---|---|---|
| 16946866 | + | EDI: AZDEPREV.COM | Jan 15 2025 03:30:00 | Arizona Department of Revenue, c/o: Tax, Bankruptcy and Collection, 2005 N Central Ave. Suite 100, Phoenix, AZ 85004-1546 |
| 16940063 | + | EDI: TSYS2 | Jan 15 2025 03:30:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington DE 19899-8801 |
| 16940064 | + | EDI: CALTAX.COM | Jan 15 2025 03:30:00 | California Franchise Tax Board, Bankruptcy Section, P.O. Box 2952, Sacramento CA 95812-2952 |
| 16940065 | + | EDI: CITICORP | Jan 15 2025 03:30:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16940068 | + | EDI: WFNNB.COM | Jan 15 2025 03:30:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 16940069 | + | EDI: CITICORP | Jan 15 2025 03:30:00 | ConocoPhillips/Citibank, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis MO 63179-0040 |
| 16940070 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2025 22:50:01 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 16940080 | | EDI: CITICORP | Jan 15 2025 03:30:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason OH 45040 |
| 16944232 | | EDI: DISCOVER | Jan 15 2025 03:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 16940071 | + | EDI: DISCOVER | Jan 15 2025 03:30:00 | Discover Card, PO Box 45909, San Francisco CA 94145-0909 |
| 16940072 | + | EDI: DISCOVER | Jan 15 2025 03:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 16951341 | | Email/Text: operationsclerk@easypayfinance.com | Jan 14 2025 22:51:00 | Duvera dba Easypay Finance, P.O. Box 2549, Carlsbad, CA 92018 |
| 16940073 | | Email/Text: operationsclerk@easypayfinance.com | Jan 14 2025 22:51:00 | EasyPay Finance, P.O. Box 2549, Carlsbad CA 92018 |
| 16959760 | + | EDI: CALTAX.COM | Jan 15 2025 03:30:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 16940058 | + | EDI: IRS.COM | Jan 15 2025 03:30:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 16940079 | ^ | MEBN | Jan 14 2025 22:38:30 | Kubota Credit Corp, USA, Attn: Bankruptcy, Po Box 2048, Grapevine TX 76099 |
| 16993096 | + | Email/Text: bankruptcy@ondeck.com | Jan 14 2025 22:53:00 | ODK Capital, LLC, 1400 Broadway, New York, NY 10018-5300 |
| 16940083 | + | Email/Text: bankruptcy@ondeck.com | Jan 14 2025 22:53:00 | On Deck Capital, 1400 Broadway, 25th Floor, New York NY 10018-5225 |
| 16993091 | | EDI: PRA.COM | Jan 15 2025 03:30:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16993236 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2025 22:49:59 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 16941821 | + | Email/Text: bankruptcylegal@lumen.com | Jan 14 2025 22:52:00 | Qwest Corporation dba CenturyLink QC, Centurylink, Inc, 1025 El Dorado Blvd. (Attn: Legal-BKY), Broomfield, CO 80021 |
| 16940085 | ^ | MEBN | Jan 14 2025 22:39:12 | Riverside County Department of Child Sup, Attn: Bankruptcy, 2041 Iowa Avenue, Riverside CA 92507-2414 |
| 16940086 | | Email/Text: legalservices12@snaponcredit.com | Jan 14 2025 22:52:00 | Snap-on Credit, Attn: Bankruptcy, 950 Technology Way, Suite 301, Libertyville IL 60048 |

| | | | | |
| --- | --- | --- | --- | --- |
| 16940087 | + | EDI: SYNC | Jan 15 2025 03:30:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16940088 | + | EDI: SYNC | Jan 15 2025 03:30:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16940092 | + | EDI: USBANKARS.COM | Jan 15 2025 03:30:00 | US Bank Business Card, PO BOX 790408, Saint Louis MO 63179-0408 |
| 16940093 | + | EDI: USBANKARS.COM | Jan 15 2025 03:30:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati OH 45201-5229 |
| 16940094 | + | EDI: USAA.COM | Jan 15 2025 03:30:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio TX 78288-0002 |
| 16940095 | | Email/Text: bankruptcynotices@vivecard.com | Jan 14 2025 22:52:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper UT 84020 |
| 16940097 | + | Email/Text: bankruptcydept@wyn.com | Jan 14 2025 22:53:00 | Wyndham Resort Development, Attn: Bankruptcy, Po Box 98940, Las Vegas NV 89193-8940 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | FOX RANCH LLC, c/o MATTHEW PHILLIP SOLAN, 501 NORTH 24TH STREET, PHOENIX, AZ 85008-6056 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BENJAMIN WRIGHT | on behalf of Debtor TODD BALLANTINE bwright@wloaz.com azbkwrightlaw@gmail.com,R46413@notify.bestcase.com |
| BENJAMIN WRIGHT | on behalf of Joint Debtor SHANTAY BALLANTINE bwright@wloaz.com azbkwrightlaw@gmail.com,R46413@notify.bestcase.com |
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| JENNIFER PURSLEY | on behalf of Creditor Snap On Credit LLC jpursley@bass-associates.com |
| ROSS M MUMME | on behalf of Trustee EDWARD J. MANEY rmumme@maney13trustee.com |

U.S. TRUSTEE
                USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 6

FORM van−odc
REVISED 08/01/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                         Case No.: 3:23−bk−02173−DPC

TODD BALLANTINE                  Chapter: 13
dba OUTLAWS DIESEL RV EQUIPMENT REPAIR
    EIN: 84−4085716
6469 S RISING SUN RD
WILLIAMS, AZ 86046
SSAN: xxx−xx−9792
EIN:

SHANTAY BALLANTINE
6469 S RISING SUN RD
WILLIAMS, AZ 86046
SSAN: xxx−xx−4447
EIN:

Debtor(s)

## ORDER DISMISSING CASE

☐ The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007−1.

☐ The individual debtor(s) having failed to file a Credit Counseling Certificate as required by Fed. R. Bankr. P. 1007(b)(3).

☐ The debtor(s) having failed to pay the filing fee as ordered by the court.

☐ The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.

☐ The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.

☐ The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).

☐ The individual debtors having failed to file a Statement of Your Current Monthly Income and any additional forms as required by Fed. R. Bankr. P. 1007.

☐ The debtor(s) having failed to file a Declaration of Evidence of Employer's Payments as required by Local Bankruptcy Rule 1007−1.

☐ The debtor(s) having failed to file a Declaration Under Penalty of Perjury for Debtors Without an Attorney as required by Local Bankruptcy Rule 1007−1.

☐ The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. § 341.

☐ After an Order to Show Cause why this case should not be dismissed was issued.

☑ The trustee having moved to dismiss this case.

☐ The debtor(s) having moved to dismiss this case.

☐ The debtor(s) having failed to timely file all required Official Forms as indicated by the court.

−− Order continued on 2nd page −−

IT IS ORDERED that the above−captioned case be dismissed. Jurisdiction is retained over any matters arising under 11 U.S.C. § 110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that if the debtor wishes to reinstate this case, a motion for reinstatement must be filed setting forth the reasons for the request.

IT IS FURTHER ORDERED that even though this case has been dismissed, debtor(s) is/are required to pay all outstanding fees due and owing to the court.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed. To have the case reinstated in an individual debtor chapter 7 or 13 case, all documents required by 11 U.S.C. § 521(a)(1) must be filed no later than 45 days from the date the bankruptcy was filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: January 14, 2025                                    BY THE COURT

Address of the Bankruptcy Clerk's Office:         **Honorable Daniel P. Collins**
U.S. Bankruptcy Court, Arizona                    United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov